**CVS Health Corporation (CVS)**                                                                                                                          **Ivy Nixon**

### List of Purchases/Acquisitions and Sales

| Transaction Type | | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Purchase/Acquisition | Common Stock | 5/1/2024 | 4,000 | $77.5000 |
| Purchase/Acquisition | Common Stock | 5/2/2024 | 3,900 | $75.0000 |
| Purchase/Acquisition | Common Stock | 5/3/2024 | 100 | $75.0000 |
| Sale | P 20240517 75 | 3/4/2024 | (20) | $3.7600 |
| Sale | P 20240517 75 | 3/4/2024 | (4) | $3.7500 |
| Sale | P 20240517 75 | 3/4/2024 | (16) | $3.7500 |
| Sale | P 20240816 77.5 | 3/21/2024 | (40) | $4.0000 |