WACHTELL, LIPTON, ROSEN & KATZ

MARTIN LIPTON
HERBERT M. WACHTELL
EDWARD D. HERLIHY
DANIEL A. NEFF
STEVEN A. ROSENBLUM
JOHN F. SAVARESE
SCOTT K. CHARLES
JODI J. SCHWARTZ
ADAM O. EMMERICH
RALPH M. LEVENE
RICHARD G. MASON
ROBIN PANOVKA
DAVID A. KATZ
ILENE KNABLE GOTTS
ANDREW J. NUSSBAUM
RACHELLE SILVERBERG
STEVEN A. COHEN
DEBORAH L. PAUL
DAVID C. KARP
RICHARD K. KIM
JOSHUA R. CAMMAKER
MARK GORDON

JEANNEMARIE O'BRIEN
WAYNE M. CARLIN
STEPHEN R. DiPRIMA
NICHOLAS G. DEMMO
IGOR KIRMAN
JONATHAN M. MOSES
T. EIKO STANGE
WILLIAM SAVITT
GREGORY E. OSTLING
DAVID B. ANDERS
ADAM J. SHAPIRO
NELSON O. FITTS
JOSHUA M. HOLMES
DAVID E. SHAPIRO
DAMIAN G. DIDDEN
IAN BOCZKO
MATTHEW M. GUEST
DAVID E. KAHAN
DAVID K. LAM
BENJAMIN M. ROTH
JOSHUA A. FELTMAN
ELAINE P. GOLIN

51 WEST 52ND STREET
NEW YORK, N.Y. 10019-6150

TELEPHONE: (212) 403-1000
FACSIMILE:  (212) 403-2000

GEORGE A. KATZ (1965-1989)
JAMES H. FOGELSON (1967-1991)
LEONARD M. ROSEN (1965-2014)

OF COUNSEL

ANDREW R. BROWNSTEIN
MICHAEL H. BYOWITZ
KENNETH B. FORREST
BEN M. GERMANA
SELWYN B. GOLDBERG
PETER C. HEIN
JB KELLY
JOSEPH D. LARSON
LAWRENCE S. MAKOW
PHILIP MINDLIN
THEODORE N. MIRVIS
DAVID S. NEILL

TREVOR S. NORWITZ
ERIC S. ROBINSON
ERIC M. ROSOF
MICHAEL J. SEGAL
WON S. SHIN
DAVID M. SILK
ELLIOTT V. STEIN
LEO E. STRINE, JR.*
PAUL VIZCARRONDO, JR.
JEFFREY M. WINTNER
AMY R. WOLF
MARC WOLINSKY

* ADMITTED IN DELAWARE

COUNSEL

DAVID M. ADLERSTEIN
SUMITA AHUJA
FRANCO CASTELLI
ANDREW J.H. CHEUNG
PAMELA EHRENKRANZ
ALINE R. FLODR
KATHRYN GETTLES-ATWA
LEDINA GOCAJ
ADAM M. GOGOLAK
ANGELA K. HERRING

MICHAEL W. HOLT
DONGHWA KIM
MARK A. KOENIG
CARMEN X.W. LU
J. AUSTIN LYONS
ALICIA C. McCARTHY
JUSTIN R. ORR
NEIL M. SNYDER
JEFFREY A. WATIKER

EMIL A. KLEINHAUS
KARESSA L. CAIN
RONALD C. CHEN
BRADLEY R. WILSON
GRAHAM W. MELI
GREGORY E. PESSIN
CARRIE M. REILLY
MARK F. VEBLEN
SARAH K. EDDY
VICTOR GOLDFELD
RANDALL W. JACKSON
BRANDON C. PRICE
KEVIN S. SCHWARTZ
MICHAEL S. BENN
ALISON Z. PREISS
TIJANA J. DVORNIC
JENNA E. LEVINE
RYAN A. McLEOD
ANITHA REDDY
JOHN L. ROBINSON
JOHN R. SOBOLEWSKI
STEVEN WINTER

EMILY D. JOHNSON
JACOB A. KLING
RAAJ S. NARAYAN
VIKTOR SAPEZHNIKOV
MICHAEL J. SCHOBEL
ELINA TETELBAUM
ERICA E. AHO
LAUREN M. KOFKE
ZACHARY S. PODOLSKY
RACHEL B. REISBERG
MARK A. STAGLIANO
CYNTHIA FERNANDEZ
 LUMERMANN
CHRISTINA C. MA
NOAH B. YAVITZ
BENJAMIN S. ARFA
NATHANIEL D. CULLERTON
ERIC M. FEINSTEIN
ADAM L. GOODMAN
STEVEN R. GREEN
MENG LU

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   8/23/2024

Direct Dial: (212) 403-1329
Direct Fax: (212) 403-2329
E-Mail: WDSavitt@wlrk.com

August 21, 2024

Via ECF

Hon. Margaret M. Garnett, U.S.D.J.
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 906
New York, New York  10007

> Re:    *Nixon* v. *CVS Health Corporation, et al.*,
>        24-CV-05303-MMG

Dear Judge Garnett:

In accordance with Your Honor's Individual Rules & Practices I(B)(5) and Local Civil Rule 7.1(d), we write jointly on behalf of Plaintiff Ivy Nixon ("Plaintiff") and Defendants CVS Health Corporation, Karen S. Lynch, Shawn M. Guertin, and Thomas F. Cowhey ("Defendants") to respectfully request entry of an Order providing that Defendants shall not be required to respond to the complaint filed in this action on July 12, 2024 (the "Initial Complaint"; ECF No. 1) and adjourning the Initial Pretrial Conference scheduled for September 3, 2024 and associated deadlines (*see* ECF No. 5), as described below.

WACHTELL, LIPTON, ROSEN & KATZ

Hon. Margaret M. Garnett, U.S.D.J.
August 21, 2024
Page 2

This action is a putative class action alleging claims under the federal securities laws against Defendants and is governed by the provisions of the Private Securities Litigation Reform Act (the "PSLRA"), which sets forth a procedure for the appointment of a Lead Plaintiff of the putative class. Pursuant to the PSLRA, any member of the putative class may move the Court for appointment as Lead Plaintiff within 60 days of notice of the action being published. *See* 15 U.S.C. § 78u-4(a)(3)(A). The PSLRA further provides that "discovery and other proceedings shall be stayed during the pendency of any motion to dismiss." *Id.* § 78u-4(b)(3)(B). Plaintiff published a notice regarding the action on July 12, 2024, providing that any motion by a class member seeking appointment as Lead Plaintiff must be filed by September 10, 2024. The parties anticipate that, once a Lead Plaintiff is appointed, the Lead Plaintiff will file an amended and/or consolidated complaint, or designate an operative complaint, which will become the operative complaint in the action.

Defendants have not yet been served or waived service in the action and therefore no response to the Initial Complaint is currently due.[1] Undersigned counsel for Defendants has agreed to accept service of the Initial Complaint, without prejudice and without waiver of any of the Defendants' defenses, objections, or arguments, except as to sufficiency of service of process, provided that the time to respond to the Initial Complaint is deferred as set forth below.

Accordingly, in the interest of efficiency and the conservation of resources, the parties have agreed and jointly request that (a) the Initial Complaint shall be deemed served upon all Defendants; (b) Defendants shall not be required to answer or otherwise respond to the Initial Complaint; and (c) within fourteen (14) days after the Court's entry of an order appointing Lead Plaintiff, counsel for Lead Plaintiff and counsel for Defendants will confer regarding scheduling and submit a proposed schedule for filing an amended and/or consolidated complaint or designating the operative complaint, Defendants' response to the same (including any motion(s) to dismiss), and all associated briefing.

In addition, on July 16, 2024, the Court issued an Order scheduling an Initial Pretrial Conference on September 3, 2024 at 9:30 a.m. *See* ECF No. 5 ("Notice of Initial Pretrial Conference"). The Notice of Initial Pretrial Conference requires counsel for all parties to file a joint letter, including a proposed Civil Case Management Plan and Scheduling Order, by August 27, 2024. In light of the Lead Plaintiff selection process and discovery stay provided by the PSLRA, the parties further respectfully request that the Initial Pretrial Conference and deadline for the joint letter be adjourned until after the Lead Plaintiff is selected and resolution of any motion(s) to dismiss.

No prior requests for an extension of time or an adjournment have previously been made and the requests herein do not affect any other scheduled dates in the action.

---

[1] By correspondence dated July 16, 2024, Plaintiff requested that Defendants agree to waive service by providing a waiver within 60 days; Defendants have not yet provided a waiver and reserve all rights as to whether the request complied with the requirements of Federal Rule of Civil Procedure 4(d).

Wachtell, Lipton, Rosen & Katz

Hon. Margaret M. Garnett, U.S.D.J.
August 21, 2024
Page 3

      We appreciate the Court's consideration of this matter, and are available at the Court's convenience should Your Honor have any questions.

                  Respectfully submitted,

| | |
|---|---|
| POMERANTZ LLP | WACHTELL, LIPTON, ROSEN & KATZ |
| /s/ *Jeremy A. Lieberman* | /s/ *William Savitt* |
| Jeremy A. Lieberman | William Savitt |
| J. Alexander Hood II | Lauren M. Kofke |
| Thomas H. Przybylowski | 51 West 52nd Street |
| 600 Third Avenue, 20th Floor | New York, New York  10019 |
| New York, New York  10016 | Telephone: (212) 403-1000 |
| Telephone: (212) 661-1100 | Facsimile: (212) 403-2000 |
| Facsimile: (917) 463-1044 | wdsavitt@wlrk.com |
| jalieberman@pomlaw.com | lmkofke@wlrk.com |
| ahood@pomlaw.com | |
| tbrzybylowski@pomlaw.com | *Attorneys for Defendants* |

THE SCHALL FIRM

Brian Schall
(*pro hac vice* application forthcoming)
2049 Century Park East, Ste. 2460
Los Angeles, California  90067
Telephone: (310) 301-3335
brian@schallfirm.com

   *Attorneys for Plaintiff*

---

Application GRANTED.  It is hereby ORDERED that the Complaint (Dkt. No. 1) is deemed served on all Defendants in this action. Defendants' time to answer, move, or otherwise respond to the Complaint is ADJOURNED *sine die*.  It is further ORDERED that the September 3, 2024 initial pretrial conference is ADJOURNED *sine die* pending the Court's entry of an order appointing a Lead Plaintiff, once the September 10, 2024 deadline for such motions has passed.

Finally, all parties are advised that the undersigned was an associate at Wachtell Lipton Rosen & Katz from 1999 through 2004, and accordingly has a limited professional acquaintance with Mr. Savitt, although the Court believes that it has not spoken with Mr. Savitt in over a decade.  The Court sees no basis for recusal from this matter, but if any party disagrees or has additional facts that might bear on this issue, they shall advise the Court by letter no later than August 30, 2024.

SO ORDERED.  Dated August 23, 2024.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE