# Exhibit 3

**CVS Health Corporation Loss Chart**
**Class Period: February 9, 2022 through April 30, 2024**

Lookback Price

$58.37

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Edith Konya | 1/8/2024 | 25.00 | ($80.11) | ($2,002.75) | 3/27/2024 | 25.00 | $79.55 | $1,988.73 | | | |
| | 1/8/2024 | 11.00 | ($80.63) | ($886.93) | 3/27/2024 | 11.00 | $79.55 | $875.04 | | | |
| | 1/8/2024 | 27.00 | ($81.87) | ($2,210.49) | 3/27/2024 | 27.00 | $79.55 | $2,147.83 | | | |
| | 1/8/2024 | 391.00 | ($81.98) | ($32,054.18) | 3/27/2024 | 391.00 | $79.55 | $31,103.81 | | | |
| | 1/8/2024 | 709.00 | ($81.98) | ($58,123.82) | 4/2/2024 | 709.00 | $74.86 | $53,075.31 | | | |
| | 1/11/2024 | 53.00 | ($78.91) | ($4,182.23) | 4/2/2024 | 53.00 | $74.86 | $3,967.55 | | | |
| | 1/17/2024 | 26.00 | ($77.13) | ($2,005.38) | 4/2/2024 | 26.00 | $74.86 | $1,946.34 | | | |
| | 1/24/2024 | 26.00 | ($76.50) | ($1,989.00) | 4/2/2024 | 26.00 | $74.86 | $1,946.34 | | | |
| | 1/26/2024 | 21.00 | ($72.39) | ($1,520.19) | 4/2/2024 | 21.00 | $74.86 | $1,572.05 | | | |
| | 2/1/2024 | 11.10 | ($74.43) | ($825.92) | 4/2/2024 | 11.10 | $74.86 | $830.69 | | | |
| | 3/4/2024 | 33.00 | ($73.89) | ($2,438.37) | 4/2/2024 | 33.00 | $74.86 | $2,470.36 | | | |
| | 3/5/2024 | 1.00 | ($74.71) | ($74.71) | 4/2/2024 | 1.00 | $74.86 | $74.86 | | | |
| | 3/28/2024 | 0.10 | ($79.77) | ($7.71) | 4/2/2024 | 0.10 | $74.81 | $7.23 | | | |
| | 3/28/2024 | 462.90 | ($79.75) | ($36,916.54) | 4/2/2024 | 462.90 | $74.86 | $34,652.67 | | | |
| | 4/3/2024 | 612.00 | ($74.27) | ($45,453.24) | 4/9/2024 | 612.00 | $73.88 | $45,214.26 | | | |
| | 4/4/2024 | 38.00 | ($74.85) | ($2,844.30) | 4/9/2024 | 38.00 | $73.88 | $2,807.42 | | | |
| | 4/4/2024 | 229.00 | ($74.85) | ($17,140.65) | 4/11/2024 | 229.00 | $70.21 | $16,077.39 | | | |
| | 4/4/2024 | 350.00 | ($74.85) | ($26,197.50) | 4/11/2024 | 350.00 | $69.86 | $24,450.84 | | | |
| | 4/11/2024 | 50.00 | ($70.35) | ($3,517.50) | 4/11/2024 | 50.00 | $69.86 | $3,492.98 | | | |
| | 4/11/2024 | 100.00 | ($70.67) | ($7,067.00) | 4/11/2024 | 100.00 | $69.86 | $6,985.95 | | | |
| | 4/12/2024 | 118.00 | ($69.31) | ($8,178.58) | 4/30/2024 | 118.00 | $68.14 | $8,041.04 | | | |
| | 4/12/2024 | 487.00 | ($69.31) | ($33,753.97) | 5/1/2024 | 487.00 | $55.32 | $26,940.62 | | | |
| | 4/17/2024 | 34.00 | ($68.07) | ($2,314.38) | 5/1/2024 | 34.00 | $55.32 | $1,880.86 | | | |
| | 4/23/2024 | 30.00 | ($69.79) | ($2,093.70) | 5/1/2024 | 30.00 | $55.32 | $1,659.59 | | | |
| | 4/24/2024 | 400.00 | ($67.73) | ($27,092.00) | 5/1/2024 | 400.00 | $55.32 | $22,127.82 | | | |
| | 4/24/2024 | 19.00 | ($67.85) | ($1,289.15) | 5/1/2024 | 19.00 | $55.32 | $1,051.07 | | | |
| | 4/24/2024 | 30.00 | ($67.89) | ($2,036.70) | 5/1/2024 | 30.00 | $55.32 | $1,659.59 | | | |
| | | 4294.1 | | ($324,216.90) | | 4,294.1 | | $299,048.24 | | | ($25,168.66) |