**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IVY NIXON, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:24-cv-05303-MMG |
| | <u>CLASS ACTION</u> |
| Plaintiff, | |
| v. | |
| CVS HEALTH CORPORATION, KAREN S. LYNCH, SHAWN M. GUERTIN, and THOMAS F. COWHEY, | |
| Defendants. | |
| ORLANDO TATONE, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:24-cv-06771 |
| | <u>CLASS ACTION</u> |
| Plaintiff, | |
| v. | |
| CVS HEALTH CORPORATION, KAREN S. LYNCH, SHAWN M. GUERTIN, and THOMAS F. COWHEY, | |
| Defendants. | |

**NOTICE OF MOTION OF THE PENSION FUNDS FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF THEIR SELECTION OF LEAD COUNSEL, <u>AND CONSOLIDATION OF RELATED ACTIONS</u>**

PLEASE TAKE NOTICE that on a date and time that may be set by the Court, before the Honorable Margaret M. Garnett, at the United States District Court for the Southern District of New York, located at the Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 906, New York, New York, Louisiana Sheriffs' Pension & Relief Fund, Southeastern Pennsylvania Transportation Authority, and City of Miami Fire Fighters' and Police Officers' Retirement Trust (collectively, the "Pension Funds"), by and through their undersigned counsel, will respectfully move this Court for an entry of an order, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"): (1) appointing the Pension Funds as Lead Plaintiff in the above-captioned securities class actions; (2) approving their selection of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") and Bleichmar Fonti & Auld LLP ("BFA") as Lead Counsel for the Class; (3) consolidating the above-captioned securities class actions pursuant to Rule 42(a) of the Federal Rules of Civil Procedure; and (4) for any such further relief as the Court may deem just and proper.

This motion is made on the grounds that the Pension Funds believe that they are the "most adequate plaintiff" under the PSLRA and should therefore be appointed Lead Plaintiff. Specifically, the Pension Funds believe they have the largest financial interest in the relief sought by the Class in this action by virtue of, among other things, the approximately $2.9 million in losses as calculated under a first-in, first-out basis and the approximately $2.5 million in losses as calculated under a last-in, first-out basis, that they incurred on their investments in CVS securities during the Class Period. The Pension Funds also otherwise satisfy the requirements of Rule 23 of the Federal Rules of Civil Procedure because their claims are typical of other Class members' claims and because they will fairly and adequately represent the interests of the Class.

Finally, consolidation is appropriate under Rule 42(a) of the Federal Rules of Civil Procedure because the above-captioned actions present substantially similar factual and legal issues and would further the interests of efficiency and judicial economy.

This Motion is based upon this Notice of Motion, the accompanying Memorandum of Law in support thereof, the Declaration of Javier Bleichmar filed herewith, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, the Pension Funds respectfully request that the Court: (1) appoint them as Lead Plaintiff pursuant to the PSLRA; (2) approve their selection of Bernstein Litowitz and BFA as Lead Counsel for the Class; (3) consolidate the above-captioned actions; and (4) grant any such further relief as the Court may deem just and proper.

Dated: September 10, 2024                    Respectfully submitted,

                                             **BLEICHMAR FONTI & AULD LLP**

                                             _/s/ Javier Bleichmar_
                                             Javier Bleichmar
                                             Erin H. Woods
                                             300 Park Avenue, Suite 1301
                                             New York, New York 10022
                                             Telephone: (212) 789-1341
                                             Facsimile: (212) 205-3960
                                             jbleichmar@bfalaw.com
                                             ewoods@bfalaw.com

                                             -and-

                                             Ross Shikowitz
                                             75 Virginia Road
                                             White Plains, New York 10603
                                             Telephone: (914) 265-2991
                                             Facsimile: (212) 205-3960
                                             rshikowitz@bfalaw.com

**BERNSTEIN LITOWITZ BERGER**
 **& GROSSMANN LLP**
Hannah Ross
Avi Josefson
Scott R. Foglietta
1251 Avenue of the Americas, 44th Floor
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
hannah@blbglaw.com
avi@blbglaw.com
scott.foglietta@blbglaw.com

*Counsel for Proposed Lead Plaintiff the
Pension Funds and Proposed Lead Counsel
for the Class*

**KLAUSNER, KAUFMAN, JENSEN &**
 **LEVINSON**
Robert D. Klausner
Stuart A. Kaufman
7080 Northwest 4th Street
Plantation, Florida 33317
Telephone: (954) 916-1202
Facsimile: (954) 916-1232
bob@robertdklausner.com
stu@robertdklausner.com

*Additional Counsel for Louisiana Sheriffs'
Pension & Relief Fund and City of Miami Fire
Fighters' & Police Officers' Retirement Trust*

**KEHOE LAW FIRM, P.C.**
John A. Kehoe
2001 Market Street
Suite 2500
Philadelphia, Pennsylvania 19103
Telephone: (215) 992-6676
jkehoe@kehoelawfirm.com

*Additional Counsel for Southeastern
Pennsylvania Transportation Authority*

3