## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IVY NIXON, Individually and on Behalf of All Others Similarly Situated,<br><br><br>Plaintiff,<br><br>v.<br><br>CVS HEALTH CORPORATION, KAREN S. LYNCH, SHAWN M. GUERTIN, and THOMAS F. COWHEY,<br><br><br>Defendants. | Case No. 1:24-cv-05303-MMG<br><br>CLASS ACTION |
| ORLANDO TATONE, Individually and on Behalf of All Others Similarly Situated,<br><br><br>Plaintiff,<br><br>v.<br><br>CVS HEALTH CORPORATION, KAREN S. LYNCH, SHAWN M. GUERTIN, and THOMAS F. COWHEY,<br><br><br>Defendants. | Case No. 1:24-cv-06771<br><br>CLASS ACTION |

**[PROPOSED] ORDER APPOINTING THE PENSION FUNDS AS LEAD PLAINTIFF, APPROVING THEIR SELECTION OF LEAD COUNSEL, AND CONSOLIDATING ALL RELATED ACTIONS**

Upon consideration of: (1) the Motion of Louisiana Sheriffs' Pension & Relief Fund, Southeastern Pennsylvania Transportation Authority, and City of Miami Fire Fighters' and Police Officers' Retirement Trust (collectively, the "Pension Funds") for appointment as Lead Plaintiff, approval of their selection of Lead Counsel, and consolidation of all related securities class actions; (2) the Memorandum of Law in support thereof; (3) the Declaration of Javier Bleichmar submitted herewith; and (4) all other pleadings and argument submitted to this Court; and for good cause shown;

**IT IS HEREBY ORDERED THAT:**

1.      The Pension Funds' Motion is **GRANTED.**

2.      The Pension Funds are **APPOINTED** to serve as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned actions and all related actions consolidated pursuant to paragraph 4 of this Order.

3.      The Pension Funds' selection of Lead Counsel is **APPROVED**, and Bernstein Litowitz Berger & Grossmann LLP and Bleichmar Fonti & Auld LLP are **APPOINTED** as Lead Counsel for the Class.

4.      Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the above-captioned actions, and any subsequently filed, removed, or transferred actions that are related to the claims asserted in the above-captioned actions are **CONSOLIDATED** for all purposes.

5.      This action shall be captioned "*In re CVS Health Corporation Securities Litigation*" and the file shall be maintained under Master File No. 1:24-cv-05303-MMG.

**IT IS SO ORDERED.**

Dated: _____, 2024

 

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE