UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IVY NIXON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CVS HEALTH CORPORATION, KAREN S. LYNCH, SHAWN M. GUERTIN, and THOMAS F. COWHEY,<br><br>Defendants. | Case No. 1:24-cv-05303-MMG |
| ORLANDO TATONE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CVS HEALTH CORPORATION, KAREN S. LYNCH, SHAWN M. GUERTIN, and THOMAS F. COWHEY,<br><br>Defendants. | Case No. 1:24-cv-06771-UA |

NOTICE OF MOTION OF LANCASTER PARTNER LLC FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF CO-LEAD COUNSEL

**TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that Lancaster Partner LLC ("Lancaster Partner"), by and through its counsel, will and does hereby move this Court, pursuant to Federal Rule of Civil Procedure 42 and Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for the entry of an Order: (1) consolidating the above-captioned related actions (the "Related Actions"); (2) appointing Lancaster Partner as Lead Plaintiff on behalf of a class (the "Class") consisting of all persons who purchased or otherwise acquired CVS Health Corporation securities between February 9, 2022 and April 30, 2024, inclusive; and (3) approving proposed Lead Plaintiff's selection of Pomerantz LLP and the Schall Law Firm as Co-Lead Counsel for the Class.

Dated:  September 10, 2024                    Respectfully submitted,

                                              POMERANTZ LLP

                                              */s/ Jeremy A. Lieberman*
                                              Jeremy A. Lieberman
                                              J. Alexander Hood II
                                              Thomas H. Przybylowski
                                              600 Third Avenue, 20th Floor
                                              New York, New York 10016
                                              Telephone: (212) 661-1100
                                              Facsimile: (917) 463-1044
                                              jalieberman@pomlaw.com
                                              ahood@pomlaw.com
                                              tprzybylowski@pomlaw.com

                                              *Counsel for Lancaster Partner LLC and Proposed Co-Lead Counsel for the Class*

                                              THE SCHALL FIRM
                                              Brian Schall
                                              (*pro hac vice* application forthcoming)
                                              Brian R. England
                                              (*pro hac vice* application forthcoming)

1

2049 Century Park East, Ste. 2460
Los Angeles, CA 90067
Telephone: 310-301-3335
brian@schallfirm.com
Briane@schallfirm.com

*Counsel for Lancaster Partner LLC and Proposed Co-Lead Counsel for the Class*