**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IVY NIXON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CVS HEALTH CORPORATION, KAREN S. LYNCH, SHAWN M. GUERTIN, and THOMAS F. COWHEY,<br><br>Defendants. | Case No. 1:24-cv-05303-MMG<br><br>CLASS ACTION |
| ORLANDO TATONE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CVS HEALTH CORPORATION, KAREN S. LYNCH, SHAWN M. GUERTIN, and THOMAS F. COWHEY,<br><br>Defendants. | Case No. 1:24-cv-06771<br><br>CLASS ACTION |

**DECLARATION OF JAVIER BLEICHMAR IN SUPPORT OF THE MOTION OF THE PENSION FUNDS FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF THEIR SELECTION OF LEAD COUNSEL, AND CONSOLIDATION OF RELATED ACTIONS**

I, Javier Bleichmar, declare as follows:

1.      I am a member in good standing of the bar of the State of New York and of this Court.  I am a Partner of the law firm of Bleichmar Fonti & Auld LLP ("BFA").  I submit this declaration in support of the Motion filed by Louisiana Sheriffs' Pension & Relief Fund, Southeastern Pennsylvania Transportation Authority, and City of Miami Fire Fighters' and Police Officers' Retirement Trust (collectively, the "Pension Funds") for: (1) appointment as Lead Plaintiff; (2) approval of their selection of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") and BFA to serve as Lead Counsel for the Class; (3) consolidation of the above-captioned actions; and (4) any such further relief as the Court may deem just and proper.

2.      Attached as Exhibits A through F are true and correct copies of the following documents:

| | | |
|---|---|---|
| EXHIBIT A: | | Certifications of the Pension Funds; |
| EXHIBIT B: | | Charts reflecting the financial interest of the Pension Funds; |
| EXHIBIT C: | | Joint Declaration of Osey McGee Jr., Gino Benedetti, and Ornel Cotera in Support of the Motion of the Pension Funds for Appointment as Lead Plaintiff and Approval of Their Selection of Lead Counsel; |
| EXHIBIT D: | | Notice of pendency of *Nixon v. CVS Health Corporation*, No. 1:24-cv-05303-MMG (S.D.N.Y.) published on July 12, 2024; |
| EXHIBIT E: | | Firm Résumé of Bernstein Litowitz; and |
| EXHIBIT F: | | Firm Résumé of BFA. |

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 10th day of September 2024.

*/s/ Javier Bleichmar*
Javier Bleichmar