# EXHIBIT A

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, Osey "Skip" McGee Jr., on behalf of Louisiana Sheriffs' Pension & Relief Fund ("Louisiana Sheriffs"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am the Executive Director of Louisiana Sheriffs. I have reviewed a complaint filed in this matter with Louisiana Sheriffs' legal counsel. Based on the legal counsel's knowledge and advice, Louisiana Sheriffs has authorized the filing of this motion for appointment as lead plaintiff.

2. Louisiana Sheriffs did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. Louisiana Sheriffs is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trail, if necessary. Louisiana Sheriffs fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act of 1995, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

4. Louisiana Sheriffs' transactions in the CVS Health Corporation securities that are the subject of this action are set forth in the chart attached hereto.

5. Louisiana Sheriffs has sought to serve and was appointed as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

   *In re Vertiv Holdings Co. Securities Litigation*, No. 22-cv-3572 (S.D.N.Y.)
   *In re Bumble Inc. Securities Litigation*, No. 22-cv-624 (S.D.N.Y.)

6. Louisiana Sheriffs has sought to serve as a lead plaintiff and representative party on behalf of a class in the following action under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for appointment as lead plaintiff or was not appointed lead plaintiff:

   *San Antonio Fire and Police Pension Fund v. Dentsply Sirona Inc.*,
   No. 22-cv-6339 (S.D.N.Y.)

7. Louisiana Sheriffs has served as a representative party on behalf of a class in the following action under the federal securities laws filed during the three-year period preceding the date of this Certification:

*Louisiana Sheriffs' Pension & Relief Fund v. Illumina, Inc.,*
No. 23-cv-2328 (S.D. Cal.)

8. Louisiana Sheriffs will not accept any payment for serving as a representative party on behalf of the Class beyond Louisiana Sheriffs' pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

Louisiana Sheriffs has relied on the research and analysis of the complaint provided by legal counsel Bernstein Litowitz Berger & Grossmann LLP. The undersigned declares that the statements made and information provided are, to the best of his knowledge, true and correct.

Executed this **28**th day of August, 2024.

Osey "Skip" McGee Jr.
Executive Director
*Louisiana Sheriffs' Pension & Relief Fund*

**Louisiana Sheriffs' Pension & Relief Fund**
**Transactions in CVS Health Corporation**
**Common Stock**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 2/16/2022 | 500 | 103.6115 |
| Purchase | 2/17/2022 | 100 | 102.3000 |
| Purchase | 2/18/2022 | 300 | 102.1300 |
| Purchase | 3/23/2022 | 100 | 106.6051 |
| Purchase | 3/24/2022 | 200 | 107.7444 |
| Purchase | 3/30/2022 | 300 | 103.2971 |
| Purchase | 3/31/2022 | 400 | 101.8493 |
| Purchase | 4/1/2022 | 300 | 101.2148 |
| Purchase | 4/12/2022 | 600 | 104.6089 |
| Purchase | 4/13/2022 | 200 | 104.6529 |
| Purchase | 5/12/2022 | 300 | 97.1243 |
| Purchase | 5/17/2022 | 200 | 99.1798 |
| Purchase | 5/19/2022 | 500 | 92.7306 |
| Purchase | 5/20/2022 | 200 | 94.9305 |
| Purchase | 5/23/2022 | 100 | 95.8376 |
| Purchase | 5/24/2022 | 300 | 95.9431 |
| Purchase | 5/25/2022 | 200 | 97.1500 |
| Purchase | 6/27/2022 | 200 | 94.5400 |
| Purchase | 6/29/2022 | 200 | 93.4916 |
| Purchase | 7/7/2022 | 200 | 93.8795 |
| Purchase | 7/8/2022 | 300 | 94.7198 |
| Purchase | 7/11/2022 | 100 | 94.7100 |
| Purchase | 7/12/2022 | 200 | 95.4439 |
| Purchase | 7/13/2022 | 300 | 93.7610 |
| Purchase | 7/14/2022 | 200 | 92.1758 |
| Purchase | 7/19/2022 | 200 | 96.6191 |
| Purchase | 7/22/2022 | 300 | 93.8221 |
| Purchase | 7/25/2022 | 300 | 94.6078 |
| Purchase | 2/14/2023 | 200 | 88.7485 |
| Purchase | 2/15/2023 | 200 | 88.3500 |
| Purchase | 2/16/2023 | 500 | 87.9700 |
| Purchase | 2/17/2023 | 900 | 88.5800 |
| Purchase | 2/21/2023 | 500 | 87.7265 |
| Purchase | 2/22/2023 | 500 | 87.2231 |
| Purchase | 2/23/2023 | 300 | 86.8700 |
| Purchase | 2/24/2023 | 300 | 85.8268 |
| Purchase | 2/27/2023 | 400 | 84.8400 |
| Purchase | 2/28/2023 | 300 | 83.6062 |

**Louisiana Sheriffs' Pension & Relief Fund**
**Transactions in CVS Health Corporation**
**Common Stock**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 3/9/2023 | 200 | 77.0000 |
| Purchase | 3/14/2023 | 400 | 75.7832 |
| Purchase | 3/20/2023 | 400 | 74.9800 |
| Purchase | 3/28/2023 | 200 | 73.4370 |
| Purchase | 3/31/2023 | 200 | 74.3100 |
| Purchase | 10/23/2023 | 400 | 69.0648 |
| Purchase | 10/24/2023 | 100 | 68.9700 |
| Purchase | 10/25/2023 | 400 | 68.5300 |
| Purchase | 10/27/2023 | 400 | 66.2895 |
| Purchase | 10/30/2023 | 300 | 68.0100 |
| Purchase | 1/30/2024 | 3,883 | 73.8853 |
| Purchase | 1/31/2024 | 4,461 | 74.3891 |
| Purchase | 2/1/2024 | 23,659 | 73.9080 |
| Purchase | 2/21/2024 | 6,209 | 77.0982 |
| Purchase | 2/22/2024 | 1,928 | 77.1664 |
| Purchase | 2/22/2024 | 3,608 | 77.1491 |
| Purchase | 2/22/2024 | 5,938 | 76.9744 |
| Purchase | 2/23/2024 | 10,395 | 77.3536 |
| Sale | 9/16/2022 | (300) | 101.9220 |
| Sale | 9/29/2022 | (200) | 96.9800 |
| Sale | 9/30/2022 | (200) | 96.5154 |
| Sale | 11/8/2022 | (300) | 102.0476 |
| Sale | 11/9/2022 | (200) | 99.5593 |
| Sale | 11/10/2022 | (300) | 99.9100 |
| Sale | 11/11/2022 | (200) | 96.9609 |
| Sale | 11/14/2022 | (300) | 98.0872 |
| Sale | 11/15/2022 | (200) | 97.7867 |
| Sale | 11/16/2022 | (300) | 96.6502 |
| Sale | 11/21/2022 | (100) | 97.8845 |
| Sale | 11/23/2022 | (200) | 100.1530 |
| Sale | 11/28/2022 | (300) | 100.7840 |
| Sale | 11/29/2022 | (200) | 100.7111 |
| Sale | 11/30/2022 | (300) | 101.8800 |
| Sale | 12/1/2022 | (200) | 101.6500 |
| Sale | 12/2/2022 | (300) | 102.5800 |
| Sale | 12/5/2022 | (200) | 102.0100 |
| Sale | 12/6/2022 | (300) | 101.1912 |

**Louisiana Sheriffs' Pension & Relief Fund**
**Transactions in CVS Health Corporation**
**Common Stock**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Sale | 12/7/2022 | (200) | 102.2800 |
| Sale | 12/8/2022 | (300) | 102.5300 |
| Sale | 12/9/2022 | (200) | 102.1117 |
| Sale | 12/12/2022 | (300) | 103.7900 |
| Sale | 12/13/2022 | (200) | 101.1900 |
| Sale | 12/14/2022 | (300) | 100.7739 |
| Sale | 12/15/2022 | (200) | 97.7199 |
| Sale | 4/28/2023 | (200) | 73.2961 |
| Sale | 7/20/2023 | (400) | 74.6545 |
| Sale | 7/21/2023 | (400) | 75.0500 |
| Sale | 7/24/2023 | (400) | 75.9500 |
| Sale | 7/25/2023 | (300) | 75.6603 |
| Sale | 7/26/2023 | (400) | 75.6790 |
| Sale | 7/28/2023 | (500) | 74.6100 |
| Sale | 7/31/2023 | (300) | 74.6751 |
| Sale | 8/18/2023 | (100) | 66.9604 |
| Sale | 9/12/2023 | (400) | 70.5200 |
| Sale | 9/13/2023 | (400) | 70.5749 |
| Sale | 9/14/2023 | (400) | 69.9500 |
| Sale | 9/15/2023 | (400) | 70.8700 |
| Sale | 9/18/2023 | (400) | 70.7863 |
| Sale | 9/19/2023 | (400) | 71.6686 |
| Sale | 9/20/2023 | (400) | 71.4100 |
| Sale | 11/7/2023 | (300) | 70.5022 |
| Sale | 11/29/2023 | (300) | 67.4956 |
| Sale | 11/30/2023 | (400) | 67.6640 |
| Sale | 12/4/2023 | (200) | 68.4800 |
| Sale | 12/6/2023 | (400) | 73.3550 |
| Sale | 12/11/2023 | (700) | 73.7600 |

**Louisiana Sheriffs' Pension & Relief Fund**
**Transactions in CVS Health Corporation**
**Notes**

| CUSIP | Transaction | Date | Face Amount | Par Value |
|---|---|---|---|---|
| 126650CN8 | Sale | 1/26/2023 | (9,000) | 96.5010 |
| 126650CN8 | Sale | 2/2/2023 | (9,000) | 98.1660 |
| 126650CN8 | Sale | 5/12/2023 | (4,000) | 92.6490 |
| 126650CN8 | Sale | 6/23/2023 | (14,000) | 92.3530 |
| 126650CN8 | Sale | 7/12/2023 | (14,000) | 91.8680 |
| | | | | |
| 126650CY4 | Purchase | 3/22/2022 | 325,000 | 107.9120 |
| 126650CY4 | Purchase | 10/20/2022 | 87,000 | 86.1410 |
| 126650CY4 | Purchase | 10/20/2022 | 163,000 | 85.4570 |
| 126650CY4 | Purchase | 1/5/2023 | 200,000 | 92.6860 |
| 126650CY4 | Purchase | 2/6/2023 | 125,000 | 94.9690 |
| 126650CY4 | Purchase | 6/23/2023 | 25,000 | 92.4360 |
| 126650CY4 | Purchase | 7/12/2023 | 25,000 | 92.8630 |
| 126650CY4 | Sale | 6/21/2023 | (525,000) | 92.3890 |
| | | | | |
| 126650CZ1 | Purchase | 5/20/2022 | 350,000 | 99.4070 |
| 126650CZ1 | Purchase | 4/11/2023 | 350,000 | 94.2640 |
| 126650CZ1 | Sale | 8/1/2023 | (475,000) | 89.9440 |
| 126650CZ1 | Sale | 9/8/2023 | (225,000) | 86.5660 |
| | | | | |
| 126650DE7 | Sale | 10/3/2023 | (100,000) | 97.1160 |
| | | | | |
| 126650DH0 | Purchase | 2/2/2024 | 350,000 | 96.7120 |
| | | | | |
| 126650DJ6 | Sale | 9/8/2023 | (225,000) | 90.1400 |
| | | | | |
| 126650DK3 | Sale | 9/8/2023 | (125,000) | 80.2850 |
| | | | | |
| 126650DQ0 | Purchase | 7/21/2022 | 150,000 | 82.7030 |
| 126650DQ0 | Sale | 2/6/2023 | (150,000) | 80.4350 |
| | | | | |
| 126650DR8 | Purchase | 10/5/2022 | 250,000 | 77.9370 |
| 126650DR8 | Sale | 1/5/2023 | (250,000) | 79.9140 |
| | | | | |
| 126650DU1 | Purchase | 2/13/2023 | 100,000 | 99.8230 |
| | | | | |
| 126650DW7 | Purchase | 5/30/2023 | 360,000 | 99.6410 |

**Louisiana Sheriffs' Pension & Relief Fund**
**Transactions in CVS Health Corporation**
**Notes**

| CUSIP | Transaction | Date | Face Amount | Par Value |
|---|---|---|---|---|
| 126650DZ0 | Purchase | 5/30/2023 | 100,000 | 99.4830 |

**CERTIFICATION**

I, Gino Benedetti, on behalf of Southeastern Pennsylvania Transportation Authority ("SEPTA"), as General Counsel of SEPTA, hereby certify as follows:

1.    I am fully authorized to enter into and execute this Certification on behalf of SEPTA.

2.    I have reviewed a complaint filed against CVS Health Corporation ("CVS") and others alleging violations of the federal securities laws.

3.    SEPTA did not purchase or sell securities of CVS at the direction of counsel in order to participate in any private action under the federal securities laws.

4.    SEPTA is willing to serve as lead plaintiff on behalf of the Class in this matter, including providing testimony at deposition and trial, if necessary. SEPTA fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the benefit of the Class.

5.    SEPTA's transactions in CVS securities that are the subject of this litigation during the Class Period are reflected in Schedule A, attached hereto.

6.    For securities retained, SEPTA owns and holds legal title to the securities that are the subject of this litigation. For securities sold, SEPTA owned and held legal title to the securities that are the subject of this litigation at all relevant times.

7.    SEPTA has sought to serve as a lead plaintiff and representative party in a class action filed under the federal securities laws during the last three years, and was appointed, in the following:

1

- *Pitman v. Immunovant, Inc. f/k/a Health Sciences Acquisition Corp.*, No. 1:21-cv-00918 (E.D.N.Y.)

8.      Beyond its *pro rata* share of any recovery, SEPTA will not accept payment for serving as lead plaintiff on behalf of the Class, except the reimbursement of such reasonable costs and expenses including lost wages as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this __5th__ day of September, 2024.


*Gino Benedetti*
_____
Gino Benedetti
General Counsel
*Southeastern Pennsylvania Transportation Authority*


2

**SCHEDULE A**
TRANSACTIONS IN
<u>CVS HEALTH CORP</u>

<u>COMMON STOCK</u>

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 04/11/2022 | 11,300.00 | 105.72 | ($1,194,660.86) |
| Sale | 01/09/2023 | -12,400.00 | 91.99 | $1,140,651.20 |
| Purchase | 02/24/2023 | 200.00 | 85.77 | ($17,154.00) |
| Purchase | 03/10/2023 | 500.00 | 77.10 | ($38,550.00) |
| Purchase | 01/03/2024 | 29,700.00 | 81.13 | ($2,409,620.40) |

<u>CVS HEALTH CORP 5.25% DUE 02/21/2033  CORPORATE BOND</u>

| Transaction Type | Trade Date | Face Amount | Par Value | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 02/13/2023 | 100,000.00 | 99.82 | ($99,823.00) |

Page 1 of 1

## CERTIFICATION

I, Ornel N. Cotera, on behalf of City of Miami Fire Fighters' and Police Officers' Retirement Trust ("Miami FIPO"), as Chair of Miami FIPO, hereby certify as follows:

1.    I am fully authorized to enter into and execute this Certification on behalf of Miami FIPO.

2.    I have reviewed a complaint filed against CVS Health Corporation ("CVS") and others alleging violations of the federal securities laws.

3.    Miami FIPO did not purchase or sell securities of CVS at the direction of counsel in order to participate in any private action under the federal securities laws.

4.    Miami FIPO is willing to serve as lead plaintiff on behalf of the Class in this matter, including providing testimony at deposition and trial, if necessary. Miami FIPO fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the benefit of the Class.

5.    Miami FIPO's transactions in CVS securities that are the subject of this litigation during the Class Period are reflected in Schedule A, attached hereto.

6.    For securities retained, Miami FIPO owns and holds legal title to the securities that are the subject of this litigation. For securities sold, Miami FIPO owned and held legal title to the securities that are the subject of this litigation at all relevant times.

1

7.  Miami FIPO has served as a representative party in a class action filed under the federal securities laws during the last three years in the following:

- *City of Miami Fire Fighters' and Police Officers' Retirement Trust v. Cerence Inc.*, No. 1:22-cv-10321 (D. Mass.)
- *Oakland County Voluntary Employees Beneficiary Assoc. v. Generac Holdings Inc.*, No. 2:22-cv-01436 (E.D. Wis.)

8.  Miami FIPO has sought to serve as a lead plaintiff and representative party in a class action filed under the federal securities laws during the last three years, but was not appointed or its motion is pending, in the following:

- *Baxter v. MongoDB, Inc.*, No. 1:24-cv-05191 (S.D.N.Y.)
- *West Palm Beach Police Pension Fund v. Leslie's Inc.*, No. 2:23-cv-01887 (D. Ariz.)
- *City of Miami Fire Fighters' and Police Officers' Retirement Trust v. Okta, Inc.*, No. 3:22-cv-02990 (N.D. Cal.)
- *Siegel v. The Boston Beer Company, Inc.*, No. 1:21-cv-07693 (S.D.N.Y.)

9.  Beyond its *pro rata* share of any recovery, Miami FIPO will not accept payment for serving as lead plaintiff on behalf of the Class, except the reimbursement of such reasonable costs and expenses including lost wages as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this 10th day of September, 2024.

_____
Ornel N. Cotera
Chair
*City of Miami Fire Fighters' and Police Officers' Retirement Trust*

2

**SCHEDULE A**
TRANSACTIONS IN
CVS HEALTH CORP

COMMON STOCK

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 09/21/2023 | 4,467.00 | 72.18 | ($322,426.27) |
| Purchase | 09/21/2023 | 24,965.00 | 72.18 | ($1,801,963.71) |
| Purchase | 03/04/2024 | 132.00 | 74.09 | ($9,779.87) |

CVS HEALTH CORP 4.78% DUE 03/25/2038  CORPORATE BOND

| Transaction Type | Trade Date | Face Amount | Par Value | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 02/17/2022 | 125,000.00 | 110.28 | ($137,848.75) |
| Purchase | 10/14/2022 | 175,000.00 | 86.07 | ($150,624.25) |
| Sale | 04/27/2023 | -100,000.00 | 94.51 | $94,507.00 |
| Sale | 06/07/2023 | -150,000.00 | 92.23 | $138,351.00 |
| Purchase | 11/28/2023 | 150,000.00 | 89.49 | ($134,232.00) |

CVS HEALTH CORP 5.05% DUE 03/25/2048  CORPORATE BOND

| Transaction Type | Trade Date | Face Amount | Par Value | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 04/20/2022 | 75,000.00 | 104.29 | ($78,219.00) |
| Purchase | 05/18/2022 | 100,000.00 | 97.36 | ($97,361.00) |
| Purchase | 09/27/2022 | 75,000.00 | 88.51 | ($66,379.50) |
| Sale | 07/25/2023 | -100,000.00 | 91.53 | $91,527.00 |
| Sale | 07/28/2023 | -150,000.00 | 90.69 | $136,041.00 |