# EXHIBIT B

**Louisiana Sheriffs' Pension & Relief Fund**

FIFO Loss in CVS Health Corporation Common Stock (CVS)

Class period: 02/09/22 - 04/30/24

CUSIP: 126650100

Retained share price: $58.3592 (05/01/24 - 07/29/24)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-class holdings | | 0 | | | Sale | | | | |
| | | | | | *Sales offsetting pre-class balance* | | 0 | | $0.00 |
| Purchase | 2/16/2022 | 500 | 103.6115 | $51,805.73 | | | | | |
| Purchase | 2/17/2022 | 100 | 102.3000 | $10,230.00 | | | | | |
| Purchase | 2/18/2022 | 300 | 102.1300 | $30,639.00 | | | | | |
| Purchase | 3/23/2022 | 100 | 106.6051 | $10,660.51 | | | | | |
| Purchase | 3/24/2022 | 200 | 107.7444 | $21,548.88 | | | | | |
| Purchase | 3/30/2022 | 300 | 103.2971 | $30,989.13 | | | | | |
| Purchase | 3/31/2022 | 400 | 101.8493 | $40,739.70 | Sale | 9/16/2022 | (300) | 101.9220 | ($30,576.59) |
| Purchase | 4/1/2022 | 300 | 101.2148 | $30,364.45 | Sale | 9/29/2022 | (200) | 96.9800 | ($19,396.00) |
| Purchase | 4/12/2022 | 600 | 104.6089 | $62,765.32 | Sale | 9/30/2022 | (200) | 96.5154 | ($19,303.08) |
| Purchase | 4/13/2022 | 200 | 104.6529 | $20,930.57 | Sale | 11/8/2022 | (300) | 102.0476 | ($30,614.27) |
| Purchase | 5/12/2022 | 300 | 97.1243 | $29,137.29 | Sale | 11/9/2022 | (200) | 99.5593 | ($19,911.85) |
| Purchase | 5/17/2022 | 200 | 99.1798 | $19,835.95 | Sale | 11/10/2022 | (300) | 99.9100 | ($29,973.00) |
| Purchase | 5/19/2022 | 500 | 92.7306 | $46,365.32 | Sale | 11/11/2022 | (200) | 96.9609 | ($19,392.18) |
| Purchase | 5/20/2022 | 200 | 94.9305 | $18,986.10 | Sale | 11/14/2022 | (300) | 98.0872 | ($29,426.15) |
| Purchase | 5/23/2022 | 100 | 95.8376 | $9,583.76 | Sale | 11/15/2022 | (200) | 97.7867 | ($19,557.34) |
| Purchase | 5/24/2022 | 300 | 95.9431 | $28,782.94 | Sale | 11/16/2022 | (300) | 96.6502 | ($28,995.07) |
| Purchase | 5/25/2022 | 200 | 97.1500 | $19,430.00 | Sale | 11/21/2022 | (100) | 97.8845 | ($9,788.45) |
| Purchase | 6/27/2022 | 200 | 94.5400 | $18,908.00 | Sale | 11/23/2022 | (200) | 100.1530 | ($20,030.59) |
| Purchase | 6/29/2022 | 200 | 93.4916 | $18,698.32 | Sale | 11/28/2022 | (300) | 100.7840 | ($30,235.21) |
| Purchase | 7/7/2022 | 200 | 93.8795 | $18,775.90 | Sale | 11/29/2022 | (200) | 100.7111 | ($20,142.21) |
| Purchase | 7/8/2022 | 300 | 94.7198 | $28,415.94 | Sale | 11/30/2022 | (300) | 101.8800 | ($30,564.00) |
| Purchase | 7/11/2022 | 100 | 94.7100 | $9,471.00 | Sale | 12/1/2022 | (200) | 101.6500 | ($20,330.00) |
| Purchase | 7/12/2022 | 200 | 95.4439 | $19,088.77 | Sale | 12/2/2022 | (300) | 102.5800 | ($30,774.00) |
| Purchase | 7/13/2022 | 300 | 93.7610 | $28,128.29 | Sale | 12/5/2022 | (200) | 102.0100 | ($20,402.00) |
| Purchase | 7/14/2022 | 200 | 92.1758 | $18,435.15 | Sale | 12/6/2022 | (300) | 101.1912 | ($30,357.35) |
| Purchase | 7/19/2022 | 200 | 96.6191 | $19,323.81 | Sale | 12/7/2022 | (200) | 102.2800 | ($20,456.00) |
| Purchase | 7/22/2022 | 300 | 93.8221 | $28,146.63 | Sale | 12/8/2022 | (300) | 102.5300 | ($30,759.00) |
| Purchase | 7/25/2022 | 300 | 94.6078 | $28,382.35 | Sale | 12/9/2022 | (200) | 102.1117 | ($20,422.34) |
| Purchase | 2/14/2023 | 200 | 88.7485 | $17,749.69 | Sale | 12/12/2022 | (300) | 103.7900 | ($31,137.00) |
| Purchase | 2/15/2023 | 200 | 88.3500 | $17,670.00 | Sale | 12/13/2022 | (200) | 101.1900 | ($20,238.00) |
| Purchase | 2/16/2023 | 500 | 87.9700 | $43,985.00 | Sale | 12/14/2022 | (300) | 100.7739 | ($30,232.17) |
| Purchase | 2/17/2023 | 900 | 88.5800 | $79,722.00 | Sale | 12/15/2022 | (200) | 97.7199 | ($19,543.98) |

**Louisiana Sheriffs' Pension & Relief Fund**
FIFO Loss in CVS Health Corporation Common Stock (CVS)
Class period: 02/09/22 - 04/30/24
CUSIP: 126650100
Retained share price: $58.3592 (05/01/24 - 07/29/24)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 2/21/2023 | 500 | 87.7265 | $43,863.27 | Sale | 4/28/2023 | (200) | 73.2961 | ($14,659.22) |
| Purchase | 2/22/2023 | 500 | 87.2231 | $43,611.56 | Sale | 7/20/2023 | (400) | 74.6545 | ($29,861.80) |
| Purchase | 2/23/2023 | 300 | 86.8700 | $26,061.00 | Sale | 7/21/2023 | (400) | 75.0500 | ($30,020.00) |
| Purchase | 2/24/2023 | 300 | 85.8268 | $25,748.03 | Sale | 7/24/2023 | (400) | 75.9500 | ($30,380.00) |
| Purchase | 2/27/2023 | 400 | 84.8400 | $33,936.01 | Sale | 7/25/2023 | (300) | 75.6603 | ($22,698.09) |
| Purchase | 2/28/2023 | 300 | 83.6062 | $25,081.85 | Sale | 7/26/2023 | (400) | 75.6790 | ($30,271.61) |
| Purchase | 3/9/2023 | 200 | 77.0000 | $15,400.00 | Sale | 7/28/2023 | (500) | 74.6100 | ($37,305.00) |
| Purchase | 3/14/2023 | 400 | 75.7832 | $30,313.26 | Sale | 7/31/2023 | (300) | 74.6751 | ($22,402.54) |
| Purchase | 3/20/2023 | 400 | 74.9800 | $29,992.00 | Sale | 8/18/2023 | (100) | 66.9604 | ($6,696.04) |
| Purchase | 3/28/2023 | 200 | 73.4370 | $14,687.40 | Sale | 9/12/2023 | (400) | 70.5200 | ($28,208.00) |
| Purchase | 3/31/2023 | 200 | 74.3100 | $14,862.00 | Sale | 9/13/2023 | (400) | 70.5749 | ($28,229.94) |
| Purchase | 10/23/2023 | 400 | 69.0648 | $27,625.91 | Sale | 9/14/2023 | (400) | 69.9500 | ($27,980.00) |
| Purchase | 10/24/2023 | 100 | 68.9700 | $6,897.00 | Sale | 9/15/2023 | (400) | 70.8700 | ($28,347.98) |
| Purchase | 10/25/2023 | 400 | 68.5300 | $27,412.00 | Sale | 9/18/2023 | (400) | 70.7863 | ($28,314.50) |
| Purchase | 10/27/2023 | 400 | 66.2895 | $26,515.78 | Sale | 9/19/2023 | (400) | 71.6686 | ($28,667.44) |
| Purchase | 10/30/2023 | 300 | 68.0100 | $20,403.00 | Sale | 9/20/2023 | (400) | 71.4100 | ($28,564.00) |
| Purchase | 1/30/2024 | 3,883 | 73.8853 | $286,896.62 | Sale | 11/7/2023 | (300) | 70.5022 | ($21,150.65) |
| Purchase | 1/31/2024 | 4,461 | 74.3891 | $331,849.78 | Sale | 11/29/2023 | (300) | 67.4956 | ($20,248.68) |
| Purchase | 2/1/2024 | 23,659 | 73.9080 | $1,748,589.35 | Sale | 11/30/2023 | (400) | 67.6640 | ($27,065.58) |
| Purchase | 2/21/2024 | 6,209 | 77.0982 | $478,702.72 | Sale | 12/4/2023 | (200) | 68.4800 | ($13,696.00) |
| Purchase | 2/22/2024 | 1,928 | 77.1664 | $148,776.82 | Sale | 12/6/2023 | (400) | 73.3550 | ($29,342.01) |
| Purchase | 2/22/2024 | 3,608 | 77.1491 | $278,353.95 | Sale | 12/11/2023 | (700) | 73.7600 | ($51,632.00) |
| Purchase | 2/22/2024 | 5,938 | 76.9744 | $457,073.99 | | | | | |
| Purchase | 2/23/2024 | 10,395 | 77.3536 | $804,090.66 | Retained | | (60,081) | 58.3592 | ($3,506,277.91) |
| | | 74,481 | | $5,824,439.45 | | | (74,481) | | ($4,724,576.82) |

**FIFO Loss on Common Stock    ($1,099,862.63)**

**Louisiana Sheriffs' Pension & Relief Fund**
FIFO Loss in CVS Health Corporation Notes
Class period: 02/09/22 - 04/30/24

| Transaction | Date | Face Amount | Par Value | Cost | Transaction | Date | Face Amount | Par Value | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **126650CZ1: CVS 5.05% Notes, 03/25/48 maturity** | | | | | | | | | |
| | Pre-class holdings | 0 | | | | | | | |
| Purchase | 5/20/2022 | 350,000 | 99.4070 | $347,924.50 | Sale | 8/1/2023 | (475,000) | 89.9440 | ($427,234.00) |
| Purchase | 4/11/2023 | 350,000 | 94.2640 | $329,924.00 | Sale | 9/8/2023 | (225,000) | 86.5660 | ($194,773.50) |
| | | 700,000 | | $677,848.50 | | | (700,000) | | ($622,007.50) |
| | | | | | | **126650CZ1 Loss** | | | **($55,841.00)** |
| **126650CY4: CVS 4.78% Notes, 03/25/38 maturity** | | | | | | | | | |
| | Pre-class holdings | 425,000 | | | Sale | 6/21/2023 | (425,000) | 92.3890 | ($392,653.25) |
| | | | | | *Sales offsetting pre-class balance* | | (425,000) | | ($392,653.25) |
| Purchase | 3/22/2022 | 325,000 | 107.9120 | $350,714.00 | | | | | |
| Purchase | 10/20/2022 | 87,000 | 86.1410 | $74,942.67 | | | | | |
| Purchase | 10/20/2022 | 163,000 | 85.4570 | $139,294.91 | | | | | |
| Purchase | 1/5/2023 | 200,000 | 92.6860 | $185,372.00 | | | | | |
| Purchase | 2/6/2023 | 125,000 | 94.9690 | $118,711.25 | Sale | 6/21/2023 | (100,000) | 92.3890 | ($92,389.00) |
| Purchase | 6/23/2023 | 25,000 | 92.4360 | $23,109.00 | | | | | |
| Purchase | 7/12/2023 | 25,000 | 92.8630 | $23,215.75 | Retained | | (850,000) | 89.9043 | ($764,186.39) |
| | | 950,000 | | $915,359.58 | | | (950,000) | | ($856,575.39) |
| | | | | | | **126650CY4 Loss** | | | **($58,784.19)** |
| **126650DQ0: CVS 1 7/8% Notes, 02/28/31 maturity** | | | | | | | | | |
| | Pre-class holdings | 0 | | | | | | | |
| Purchase | 7/21/2022 | 150,000 | 82.7030 | $124,054.50 | Sale | 2/6/2023 | (150,000) | 80.4350 | ($120,652.50) |
| | | 150,000 | | $124,054.50 | | | (150,000) | | ($120,652.50) |
| | | | | | | **126650DQ0 Loss** | | | **($3,402.00)** |

**Louisiana Sheriffs' Pension & Relief Fund**
FIFO Loss in CVS Health Corporation Notes
Class period: 02/09/22 - 04/30/24

| Transaction | Date | Face Amount | Par Value | Cost | Transaction | Date | Face Amount | Par Value | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **126650DH0: CVS 3 5/8% Notes, 04/01/27 maturity** | | | | | | | | | |
| Pre-class holdings | | 0 | | | | | | | |
| Purchase | 2/2/2024 | 350,000 | 96.7120 | $338,492.00 | Retained | | (350,000) | 95.9726 | ($335,904.14) |
| | | 350,000 | | $338,492.00 | | | (350,000) | | ($335,904.14) |
| | | | | | | | **126650DH0 Loss** | | **($2,587.86)** |
| **126650DZ0: CVS 5.875% Notes, 06/01/53 maturity** | | | | | | | | | |
| Pre-class holdings | | 0 | | | | | | | |
| Purchase | 5/30/2023 | 100,000 | 99.4830 | $99,483.00 | Retained | | (100,000) | 97.0278 | ($97,027.85) |
| | | 100,000 | | $99,483.00 | | | (100,000) | | ($97,027.85) |
| | | | | | | | **126650DZ0 Loss** | | **($2,455.15)** |
| **126650DW7: CVS 5% Notes, 01/30/29 maturity** | | | | | | | | | |
| Pre-class holdings | | 0 | | | | | | | |
| | | | | | Sale* | 5/30/2024 | (150,000) | 98.6588 | ($147,988.14) |
| Purchase | 5/30/2023 | 360,000 | 99.6410 | $358,707.60 | Retained | | (210,000) | 99.2167 | ($208,354.97) |
| | | 360,000 | | $358,707.60 | | | (360,000) | | ($356,343.11) |
| | | | | | | | **126650DW7 Loss** | | **($2,364.49)** |
| **126650DU1: CVS 5 1/4% Notes, 02/21/33 maturity** | | | | | | | | | |
| Pre-class holdings | | 0 | | | | | | | |
| Purchase | 2/13/2023 | 100,000 | 99.8230 | $99,823.00 | Retained | | (100,000) | 98.0087 | ($98,008.68) |
| | | 100,000 | | $99,823.00 | | | (100,000) | | ($98,008.68) |
| | | | | | | | **126650DU1 Loss** | | **($1,814.32)** |

**Louisiana Sheriffs' Pension & Relief Fund**
FIFO Loss in CVS Health Corporation Notes
Class period: 02/09/22 - 04/30/24

| Transaction | Date | Face Amount | Par Value | Cost | Transaction | Date | Face Amount | Par Value | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **126650CN8: CVS 5.125% Notes, 07/20/45 maturity** | | | | | | | | | |
| Pre-class holdings | | 50,000 | | | Sale | 1/26/2023 | (9,000) | 96.5010 | ($8,685.09) |
| | | | | | Sale | 2/2/2023 | (9,000) | 98.1660 | ($8,834.94) |
| | | | | | Sale | 5/12/2023 | (4,000) | 92.6490 | ($3,705.96) |
| | | | | | Sale | 6/23/2023 | (14,000) | 92.3530 | ($12,929.42) |
| | | | | | Sale | 7/12/2023 | (14,000) | 91.8680 | ($12,861.52) |
| | | | | | *Sales offsetting pre-class balance* | | (50,000) | | ($47,016.93) |
| Purchase | | 0 | | $0.00 | | | 0 | | $0.00 |
| | | 0 | | $0.00 | | | 0 | | $0.00 |
| | | | | | | | **126650CN8 Loss** | | **$0.00** |
| **126650DE7: CVS 2.625% Notes, 08/15/24 maturity** | | | | | | | | | |
| Pre-class holdings | | 100,000 | | | Sale | 10/3/2023 | (100,000) | 97.1160 | ($97,116.00) |
| | | | | | *Sales offsetting pre-class balance* | | (100,000) | | ($97,116.00) |
| Purchase | | 0 | | $0.00 | | | 0 | | $0.00 |
| | | 0 | | $0.00 | | | 0 | | $0.00 |
| | | | | | | | **126650DE7 Loss** | | **$0.00** |
| **126650DJ6: CVS 3.75% Notes, 04/01/30 maturity** | | | | | | | | | |
| Pre-class holdings | | 450,000 | | | Sale | 9/8/2023 | (225,000) | 90.1400 | ($202,815.00) |
| | | | | | *Sales offsetting pre-class balance* | | (225,000) | | ($202,815.00) |
| Purchase | | 0 | | $0.00 | | | 0 | | $0.00 |
| | | 0 | | $0.00 | | | 0 | | $0.00 |
| | | | | | | | **126650DJ6 Loss** | | **$0.00** |

**Louisiana Sheriffs' Pension & Relief Fund**
FIFO Loss in CVS Health Corporation Notes
Class period: 02/09/22 - 04/30/24

| Transaction | Date | Face Amount | Par Value | Cost | Transaction | Date | Face Amount | Par Value | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **126650DK3: CVS 4.125% Notes, 04/01/40 maturity** | | | | | | | | | |
| | Pre-class holdings | 125,000 | | | Sale | 9/8/2023 | (125,000) | 80.2850 | ($100,356.25) |
| | | | | | *Sales offsetting pre-class balance* | | (125,000) | | ($100,356.25) |
| Purchase | | 0 | | $0.00 | | | | 0 | $0.00 |
| | | 0 | | $0.00 | | | | 0 | $0.00 |
| | | | | | | | **126650DK3 Loss** | | **$0.00** |
| **126650DR8: CVS 2 1/8% Notes, 09/15/31 maturity** | | | | | | | | | |
| | Pre-class holdings | 0 | | | | | | | |
| Purchase | 10/5/2022 | 250,000 | 77.9370 | $194,842.50 | Sale | 1/5/2023 | (250,000) | 79.9140 | ($199,785.00) |
| | | 250,000 | | $194,842.50 | | | (250,000) | | ($199,785.00) |
| | | | | | | | **126650DR8 Gain** | | **$4,942.50** |
| | | | | | | | **FIFO Loss on Notes** | | **($122,306.50)** |

*\*Securities sold within 90 days after the end of the class period have been calculated at the higher value between the actual sales price and the average closing price from the end of the class period to the date of sale.*

**Louisiana Sheriffs' Pension & Relief Fund**

LIFO Loss in CVS Health Corporation Common Stock (CVS)
Class period: 02/09/22 - 04/30/24
CUSIP: 126650100
Retained share price: $58.3592 (05/01/24 - 07/29/24)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-class holdings | | 0 | | | Sale | | | | |
| | | | | | *Sales offsetting pre-class balance* | | 0 | | $0.00 |
| Purchase | 2/16/2022 | 500 | 103.6115 | $51,805.73 | | | | | |
| Purchase | 2/17/2022 | 100 | 102.3000 | $10,230.00 | | | | | |
| Purchase | 2/18/2022 | 300 | 102.1300 | $30,639.00 | | | | | |
| Purchase | 3/23/2022 | 100 | 106.6051 | $10,660.51 | | | | | |
| Purchase | 3/24/2022 | 200 | 107.7444 | $21,548.88 | | | | | |
| Purchase | 3/30/2022 | 300 | 103.2971 | $30,989.13 | | | | | |
| Purchase | 3/31/2022 | 400 | 101.8493 | $40,739.70 | Sale | 9/16/2022 | (300) | 101.9220 | ($30,576.59) |
| Purchase | 4/1/2022 | 300 | 101.2148 | $30,364.45 | Sale | 9/29/2022 | (200) | 96.9800 | ($19,396.00) |
| Purchase | 4/12/2022 | 600 | 104.6089 | $62,765.32 | Sale | 9/30/2022 | (200) | 96.5154 | ($19,303.08) |
| Purchase | 4/13/2022 | 200 | 104.6529 | $20,930.57 | Sale | 11/8/2022 | (300) | 102.0476 | ($30,614.27) |
| Purchase | 5/12/2022 | 300 | 97.1243 | $29,137.29 | Sale | 11/9/2022 | (200) | 99.5593 | ($19,911.85) |
| Purchase | 5/17/2022 | 200 | 99.1798 | $19,835.95 | Sale | 11/10/2022 | (300) | 99.9100 | ($29,973.00) |
| Purchase | 5/19/2022 | 500 | 92.7306 | $46,365.32 | Sale | 11/11/2022 | (200) | 96.9609 | ($19,392.18) |
| Purchase | 5/20/2022 | 200 | 94.9305 | $18,986.10 | Sale | 11/14/2022 | (300) | 98.0872 | ($29,426.15) |
| Purchase | 5/23/2022 | 100 | 95.8376 | $9,583.76 | Sale | 11/15/2022 | (200) | 97.7867 | ($19,557.34) |
| Purchase | 5/24/2022 | 300 | 95.9431 | $28,782.94 | Sale | 11/16/2022 | (300) | 96.6502 | ($28,995.07) |
| Purchase | 5/25/2022 | 200 | 97.1500 | $19,430.00 | Sale | 11/21/2022 | (100) | 97.8845 | ($9,788.45) |
| Purchase | 6/27/2022 | 200 | 94.5400 | $18,908.00 | Sale | 11/23/2022 | (200) | 100.1530 | ($20,030.59) |
| Purchase | 6/29/2022 | 200 | 93.4916 | $18,698.32 | Sale | 11/28/2022 | (300) | 100.7840 | ($30,235.21) |
| Purchase | 7/7/2022 | 200 | 93.8795 | $18,775.90 | Sale | 11/29/2022 | (200) | 100.7111 | ($20,142.21) |
| Purchase | 7/8/2022 | 300 | 94.7198 | $28,415.94 | Sale | 11/30/2022 | (300) | 101.8800 | ($30,564.00) |
| Purchase | 7/11/2022 | 100 | 94.7100 | $9,471.00 | Sale | 12/1/2022 | (200) | 101.6500 | ($20,330.00) |
| Purchase | 7/12/2022 | 200 | 95.4439 | $19,088.77 | Sale | 12/2/2022 | (300) | 102.5800 | ($30,774.00) |
| Purchase | 7/13/2022 | 300 | 93.7610 | $28,128.29 | Sale | 12/5/2022 | (200) | 102.0100 | ($20,402.00) |
| Purchase | 7/14/2022 | 200 | 92.1758 | $18,435.15 | Sale | 12/6/2022 | (300) | 101.1912 | ($30,357.35) |
| Purchase | 7/19/2022 | 200 | 96.6191 | $19,323.81 | Sale | 12/7/2022 | (200) | 102.2800 | ($20,456.00) |
| Purchase | 7/22/2022 | 300 | 93.8221 | $28,146.63 | Sale | 12/8/2022 | (300) | 102.5300 | ($30,759.00) |
| Purchase | 7/25/2022 | 300 | 94.6078 | $28,382.35 | Sale | 12/9/2022 | (200) | 102.1117 | ($20,422.34) |
| Purchase | 2/14/2023 | 200 | 88.7485 | $17,749.69 | Sale | 12/12/2022 | (300) | 103.7900 | ($31,137.00) |
| Purchase | 2/15/2023 | 200 | 88.3500 | $17,670.00 | Sale | 12/13/2022 | (200) | 101.1900 | ($20,238.00) |
| Purchase | 2/16/2023 | 500 | 87.9700 | $43,985.00 | Sale | 12/14/2022 | (300) | 100.7739 | ($30,232.17) |
| Purchase | 2/17/2023 | 900 | 88.5800 | $79,722.00 | Sale | 12/15/2022 | (200) | 97.7199 | ($19,543.98) |

**Louisiana Sheriffs' Pension & Relief Fund**
LIFO Loss in CVS Health Corporation Common Stock (CVS)
Class period: 02/09/22 - 04/30/24
CUSIP: 126650100
Retained share price: $58.3592 (05/01/24 - 07/29/24)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 2/21/2023 | 500 | 87.7265 | $43,863.27 | Sale | 4/28/2023 | (200) | 73.2961 | ($14,659.22) |
| Purchase | 2/22/2023 | 500 | 87.2231 | $43,611.56 | Sale | 7/20/2023 | (400) | 74.6545 | ($29,861.80) |
| Purchase | 2/23/2023 | 300 | 86.8700 | $26,061.00 | Sale | 7/21/2023 | (400) | 75.0500 | ($30,020.00) |
| Purchase | 2/24/2023 | 300 | 85.8268 | $25,748.03 | Sale | 7/24/2023 | (400) | 75.9500 | ($30,380.00) |
| Purchase | 2/27/2023 | 400 | 84.8400 | $33,936.01 | Sale | 7/25/2023 | (300) | 75.6603 | ($22,698.09) |
| Purchase | 2/28/2023 | 300 | 83.6062 | $25,081.85 | Sale | 7/26/2023 | (400) | 75.6790 | ($30,271.61) |
| Purchase | 3/9/2023 | 200 | 77.0000 | $15,400.00 | Sale | 7/28/2023 | (500) | 74.6100 | ($37,305.00) |
| Purchase | 3/14/2023 | 400 | 75.7832 | $30,313.26 | Sale | 7/31/2023 | (300) | 74.6751 | ($22,402.54) |
| Purchase | 3/20/2023 | 400 | 74.9800 | $29,992.00 | Sale | 8/18/2023 | (100) | 66.9604 | ($6,696.04) |
| Purchase | 3/28/2023 | 200 | 73.4370 | $14,687.40 | Sale | 9/12/2023 | (400) | 70.5200 | ($28,208.00) |
| Purchase | 3/31/2023 | 200 | 74.3100 | $14,862.00 | Sale | 9/13/2023 | (400) | 70.5749 | ($28,229.94) |
| Purchase | 10/23/2023 | 400 | 69.0648 | $27,625.91 | Sale | 9/14/2023 | (400) | 69.9500 | ($27,980.00) |
| Purchase | 10/24/2023 | 100 | 68.9700 | $6,897.00 | Sale | 9/15/2023 | (400) | 70.8700 | ($28,347.98) |
| Purchase | 10/25/2023 | 400 | 68.5300 | $27,412.00 | Sale | 9/18/2023 | (400) | 70.7863 | ($28,314.50) |
| Purchase | 10/27/2023 | 400 | 66.2895 | $26,515.78 | Sale | 9/19/2023 | (400) | 71.6686 | ($28,667.44) |
| Purchase | 10/30/2023 | 300 | 68.0100 | $20,403.00 | Sale | 9/20/2023 | (400) | 71.4100 | ($28,564.00) |
| Purchase | 1/30/2024 | 3,883 | 73.8853 | $286,896.62 | Sale | 11/7/2023 | (300) | 70.5022 | ($21,150.65) |
| Purchase | 1/31/2024 | 4,461 | 74.3891 | $331,849.78 | Sale | 11/29/2023 | (300) | 67.4956 | ($20,248.68) |
| Purchase | 2/1/2024 | 23,659 | 73.9080 | $1,748,589.35 | Sale | 11/30/2023 | (400) | 67.6640 | ($27,065.58) |
| Purchase | 2/21/2024 | 6,209 | 77.0982 | $478,702.72 | Sale | 12/4/2023 | (200) | 68.4800 | ($13,696.00) |
| Purchase | 2/22/2024 | 1,928 | 77.1664 | $148,776.82 | Sale | 12/6/2023 | (400) | 73.3550 | ($29,342.01) |
| Purchase | 2/22/2024 | 3,608 | 77.1491 | $278,353.95 | Sale | 12/11/2023 | (700) | 73.7600 | ($51,632.00) |
| Purchase | 2/22/2024 | 5,938 | 76.9744 | $457,073.99 | | | | | |
| Purchase | 2/23/2024 | 10,395 | 77.3536 | $804,090.66 | Retained | | (60,081) | 58.3592 | ($3,506,277.91) |
| | | 74,481 | | $5,824,439.45 | | | (74,481) | | ($4,724,576.82) |

|  |  |
|---|---|
| **LIFO Loss on Common Stock** | **($1,099,862.63)** |

**Louisiana Sheriffs' Pension & Relief Fund**
LIFO Loss in CVS Health Corporation Notes
Class period: 02/09/22 - 04/30/24

| Transaction | Date | Face Amount | Par Value | Cost | Transaction | Date | Face Amount | Par Value | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **126650CZ1: CVS 5.05% Notes, 03/25/48 maturity** | | | | | | | | | |
| | | | | | | | | | |
| Pre-class holdings | | 0 | | | | | | | |
| | | | | | | | | | |
| Purchase | 5/20/2022 | 350,000 | 99.4070 | $347,924.50 | Sale | 8/1/2023 | (475,000) | 89.9440 | ($427,234.00) |
| Purchase | 4/11/2023 | 350,000 | 94.2640 | $329,924.00 | Sale | 9/8/2023 | (225,000) | 86.5660 | ($194,773.50) |
| | | 700,000 | | $677,848.50 | | | (700,000) | | ($622,007.50) |
| | | | | | | | | | |
| | | | | | | | | **126650CZ1 Loss** | **($55,841.00)** |
| | | | | | | | | | |
| **126650CY4: CVS 4.78% Notes, 03/25/38 maturity** | | | | | | | | | |
| | | | | | | | | | |
| Pre-class holdings | | 425,000 | | | Sale | | 0 | | $0.00 |
| | | | | | *Sales offsetting pre-class balance* | | 0 | | $0.00 |
| | | | | | | | | | |
| Purchase | 3/22/2022 | 325,000 | 107.9120 | $350,714.00 | | | | | |
| Purchase | 10/20/2022 | 87,000 | 86.1410 | $74,942.67 | | | | | |
| Purchase | 10/20/2022 | 163,000 | 85.4570 | $139,294.91 | | | | | |
| Purchase | 1/5/2023 | 200,000 | 92.6860 | $185,372.00 | | | | | |
| Purchase | 2/6/2023 | 125,000 | 94.9690 | $118,711.25 | Sale | 6/21/2023 | (525,000) | 92.3890 | ($485,042.25) |
| Purchase | 6/23/2023 | 25,000 | 92.4360 | $23,109.00 | | | | | |
| Purchase | 7/12/2023 | 25,000 | 92.8630 | $23,215.75 | Retained | | (425,000) | 89.9043 | ($382,093.20) |
| | | 950,000 | | $915,359.58 | | | (950,000) | | ($867,135.45) |
| | | | | | | | | | |
| | | | | | | | | **126650CY4 Loss** | **($48,224.13)** |
| | | | | | | | | | |
| **126650DQ0: CVS 1 7/8% Notes, 02/28/31 maturity** | | | | | | | | | |
| | | | | | | | | | |
| Pre-class holdings | | 0 | | | | | | | |
| | | | | | | | | | |
| Purchase | 7/21/2022 | 150,000 | 82.7030 | $124,054.50 | Sale | 2/6/2023 | (150,000) | 80.4350 | ($120,652.50) |
| | | 150,000 | | $124,054.50 | | | (150,000) | | ($120,652.50) |
| | | | | | | | | | |
| | | | | | | | | **126650DQ0 Loss** | **($3,402.00)** |

**Louisiana Sheriffs' Pension & Relief Fund**
LIFO Loss in CVS Health Corporation Notes
Class period: 02/09/22 - 04/30/24

| Transaction | Date | Face Amount | Par Value | Cost | Transaction | Date | Face Amount | Par Value | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **126650DH0: CVS 3 5/8% Notes, 04/01/27 maturity** | | | | | | | | | |
| | Pre-class holdings | 0 | | | | | | | |
| Purchase | 2/2/2024 | 350,000 | 96.7120 | $338,492.00 | Retained | | (350,000) | 95.9726 | ($335,904.14) |
| | | 350,000 | | $338,492.00 | | | (350,000) | | ($335,904.14) |
| | | | | | | | **126650DH0 Loss** | | **($2,587.86)** |
| **126650DZ0: CVS 5.875% Notes, 06/01/53 maturity** | | | | | | | | | |
| | Pre-class holdings | 0 | | | | | | | |
| Purchase | 5/30/2023 | 100,000 | 99.4830 | $99,483.00 | Retained | | (100,000) | 97.0278 | ($97,027.85) |
| | | 100,000 | | $99,483.00 | | | (100,000) | | ($97,027.85) |
| | | | | | | | **126650DZ0 Loss** | | **($2,455.15)** |
| **126650DW7: CVS 5% Notes, 01/30/29 maturity** | | | | | | | | | |
| | Pre-class holdings | 0 | | | | | | | |
| | | | | | Sale* | 5/30/2024 | (150,000) | 98.6588 | ($147,988.14) |
| Purchase | 5/30/2023 | 360,000 | 99.6410 | $358,707.60 | Retained | | (210,000) | 99.2167 | ($208,354.97) |
| | | 360,000 | | $358,707.60 | | | (360,000) | | ($356,343.11) |
| | | | | | | | **126650DW7 Loss** | | **($2,364.49)** |
| **126650DU1: CVS 5 1/4% Notes, 02/21/33 maturity** | | | | | | | | | |
| | Pre-class holdings | 0 | | | | | | | |
| Purchase | 2/13/2023 | 100,000 | 99.8230 | $99,823.00 | Retained | | (100,000) | 98.0087 | ($98,008.68) |
| | | 100,000 | | $99,823.00 | | | (100,000) | | ($98,008.68) |
| | | | | | | | **126650DU1 Loss** | | **($1,814.32)** |

**Louisiana Sheriffs' Pension & Relief Fund**
LIFO Loss in CVS Health Corporation Notes
Class period: 02/09/22 - 04/30/24

| Transaction | Date | Face Amount | Par Value | Cost | Transaction | Date | Face Amount | Par Value | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **126650CN8: CVS 5.125% Notes, 07/20/45 maturity** | | | | | | | | | |
| Pre-class holdings | | 50,000 | | | Sale | 1/26/2023 | (9,000) | 96.5010 | ($8,685.09) |
| | | | | | Sale | 2/2/2023 | (9,000) | 98.1660 | ($8,834.94) |
| | | | | | Sale | 5/12/2023 | (4,000) | 92.6490 | ($3,705.96) |
| | | | | | Sale | 6/23/2023 | (14,000) | 92.3530 | ($12,929.42) |
| | | | | | Sale | 7/12/2023 | (14,000) | 91.8680 | ($12,861.52) |
| | | | | | *Sales offsetting pre-class balance* | | (50,000) | | ($47,016.93) |
| Purchase | | 0 | | $0.00 | | | 0 | | $0.00 |
| | | 0 | | $0.00 | | | 0 | | $0.00 |
| | | | | | | **126650CN8 Loss** | | | **$0.00** |
| **126650DE7: CVS 2.625% Notes, 08/15/24 maturity** | | | | | | | | | |
| Pre-class holdings | | 100,000 | | | Sale | 10/3/2023 | (100,000) | 97.1160 | ($97,116.00) |
| | | | | | *Sales offsetting pre-class balance* | | (100,000) | | ($97,116.00) |
| Purchase | | 0 | | $0.00 | | | 0 | | $0.00 |
| | | 0 | | $0.00 | | | 0 | | $0.00 |
| | | | | | | **126650DE7 Loss** | | | **$0.00** |
| **126650DJ6: CVS 3.75% Notes, 04/01/30 maturity** | | | | | | | | | |
| Pre-class holdings | | 450,000 | | | Sale | 9/8/2023 | (225,000) | 90.1400 | ($202,815.00) |
| | | | | | *Sales offsetting pre-class balance* | | (225,000) | | ($202,815.00) |
| Purchase | | 0 | | $0.00 | | | 0 | | $0.00 |
| | | 0 | | $0.00 | | | 0 | | $0.00 |
| | | | | | | **126650DJ6 Loss** | | | **$0.00** |

**Louisiana Sheriffs' Pension & Relief Fund**
LIFO Loss in CVS Health Corporation Notes
Class period: 02/09/22 - 04/30/24

| Transaction | Date | Face Amount | Par Value | Cost | Transaction | Date | Face Amount | Par Value | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **126650DK3: CVS 4.125% Notes, 04/01/40 maturity** | | | | | | | | | |
| | Pre-class holdings | 125,000 | | | Sale | 9/8/2023 | (125,000) | 80.2850 | ($100,356.25) |
| | | | | | *Sales offsetting pre-class balance* | | (125,000) | | ($100,356.25) |
| Purchase | | 0 | | $0.00 | | | 0 | | $0.00 |
| | | 0 | | $0.00 | | | 0 | | $0.00 |
| | | | | | | | **126650DK3 Loss** | | **$0.00** |
| **126650DR8: CVS 2 1/8% Notes, 09/15/31 maturity** | | | | | | | | | |
| | Pre-class holdings | 0 | | | | | | | |
| Purchase | 10/5/2022 | 250,000 | 77.9370 | $194,842.50 | Sale | 1/5/2023 | (250,000) | 79.9140 | ($199,785.00) |
| | | 250,000 | | $194,842.50 | | | (250,000) | | ($199,785.00) |
| | | | | | | | **126650DR8 Gain** | | **$4,942.50** |
| | | | | | | | **LIFO Loss on Notes** | | **($111,746.45)** |

*\*Securities sold within 90 days after the end of the class period have been calculated at the higher value between the actual sales price and the average closing price from the end of the class period to the date of sale.*

**Southeastern Pennsylvania Transportation Authority**
FIFO Loss in CVS Health Corporation Common Stock (CVS)
Class period: 02/09/22 - 04/30/24
CUSIP: 126650100
Retained share price: $58.3592 (05/01/24 - 07/29/24)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-class holdings | | 40,200 | | | Sale | 1/9/2023 | (12,400) | 91.9880 | ($1,140,651.20) |
| | | | | | *Sales offsetting pre-class balance* | | (12,400) | | ($1,140,651.20) |
| | | | | | | | | | |
| Purchase | 4/11/2022 | 11,300 | 105.7222 | $1,194,660.86 | | | | | |
| Purchase | 2/24/2023 | 200 | 85.7700 | $17,154.00 | | | | | |
| Purchase | 3/10/2023 | 500 | 77.1000 | $38,550.00 | | | | | |
| Purchase | 1/3/2024 | 29,700 | 81.1320 | $2,409,620.40 | Retained | | (41,700) | 58.3592 | ($2,433,577.82) |
| | | 41,700 | | $3,659,985.26 | | | (41,700) | | ($2,433,577.82) |

**FIFO Loss on Common Stock     ($1,226,407.44)**

**Southeastern Pennsylvania Transportation Authority**
FIFO Loss in CVS Health Corporation Notes
Class period: 02/09/22 - 04/30/24

| Transaction | Date | Face Amount | Par Value | Cost | Transaction | Date | Face Amount | Par Value | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **126650DU1: CVS 5 1/4% Notes, 02/21/33 maturity** | | | | | | | | | |
| Pre-class holdings | | 0 | | | | | | | |
| Purchase | 2/13/2023 | 100,000 | 99.8230 | $99,823.00 | Retained | | (100,000) | 98.0087 | ($98,008.68) |
| | | 100,000 | | $99,823.00 | | | (100,000) | | ($98,008.68) |
| | | | | | | | **126650DU1 Loss** | | **($1,814.32)** |

**Southeastern Pennsylvania Transportation Authority**
LIFO Loss in CVS Health Corporation Common Stock (CVS)
Class period: 02/09/22 - 04/30/24
CUSIP: 126650100
Retained share price: $58.3592 (05/01/24 - 07/29/24)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| | Pre-class holdings | 40,200 | | | Sale | 1/9/2023 | (1,100) | 91.9880 | ($101,186.80) |
| | | | | | *Sales offsetting pre-class balance* | | (1,100) | | ($101,186.80) |
| | | | | | | | | | |
| Purchase | 4/11/2022 | 11,300 | 105.7222 | $1,194,660.86 | | | | | |
| Purchase | 2/24/2023 | 200 | 85.7700 | $17,154.00 | Sale | 1/9/2023 | (11,300) | 91.9880 | ($1,039,464.40) |
| Purchase | 3/10/2023 | 500 | 77.1000 | $38,550.00 | | | | | |
| Purchase | 1/3/2024 | 29,700 | 81.1320 | $2,409,620.40 | Retained | | (30,400) | 58.3592 | ($1,774,119.08) |
| | | 41,700 | | $3,659,985.26 | | | (41,700) | | ($2,813,583.48) |

**LIFO Loss on Common Stock**     **($846,401.78)**

**Southeastern Pennsylvania Transportation Authority**
LIFO Loss in CVS Health Corporation Notes
Class period: 02/09/22 - 04/30/24

| Transaction | Date | Face Amount | Par Value | Cost | Transaction | Date | Face Amount | Par Value | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **126650DU1: CVS 5 1/4% Notes, 02/21/33 maturity** | | | | | | | | | |
| Pre-class holdings | | 0 | | | | | | | |
| Purchase | 2/13/2023 | 100,000 | 99.8230 | $99,823.00 | Retained | | (100,000) | 98.0087 | ($98,008.68) |
| | | 100,000 | | $99,823.00 | | | (100,000) | | ($98,008.68) |
| | | | | | | | **126650DU1 Loss** | | **($1,814.32)** |

**City of Miami Fire Fighters' and Police Officers' Retirement Trust**
FIFO Loss in CVS Health Corporation Common Stock (CVS)
Class period: 02/09/22 - 04/30/24
CUSIP: 126650100
Retained share price: $58.3592 (05/01/24 - 07/29/24)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-class holdings | | 0 | | | Sale | | | | |
| | | | | | *Sales offsetting pre-class balance* | | 0 | | $0.00 |
| | | | | | | | | | |
| Purchase | 9/21/2023 | 4,467 | 72.1796 | $322,426.27 | | | | | |
| Purchase | 9/21/2023 | 24,965 | 72.1796 | $1,801,963.71 | | | | | |
| Purchase | 3/4/2024 | 132 | 74.0899 | $9,779.87 | Retained | | (29,564) | 58.3592 | ($1,725,330.81) |
| | | 29,564 | | $2,134,169.85 | | | (29,564) | | ($1,725,330.81) |

**FIFO Loss on Common Stock    ($408,839.05)**

**City of Miami Fire Fighters' and Police Officers' Retirement Trust**
FIFO Loss in CVS Health Corporation Notes
Class period: 02/09/22 - 04/30/24

| Transaction | Date | Face Amount | Par Value | Cost | Transaction | Date | Face Amount | Par Value | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **126650CY4: CVS 4.78% Notes, 03/25/38 maturity** | | | | | | | | | |
| | Pre-class holdings | 50,000 | | | Sale | 4/27/2023 | (50,000) | 94.5070 | ($47,253.50) |
| | | | | | *Sales offsetting pre-class balance* | | (50,000) | | ($47,253.50) |
| | | | | | Sale | 4/27/2023 | (50,000) | 94.5070 | ($47,253.50) |
| Purchase | 2/17/2022 | 125,000 | 110.2790 | $137,848.75 | Sale | 6/7/2023 | (150,000) | 92.2340 | ($138,351.00) |
| Purchase | 10/14/2022 | 175,000 | 86.0710 | $150,624.25 | | | | | |
| Purchase | 11/28/2023 | 150,000 | 89.4880 | $134,232.00 | Retained | | (250,000) | 89.9043 | ($224,760.70) |
| | | 450,000 | | $422,705.00 | | | (450,000) | | ($410,365.20) |
| | | | | | | | **126650CY4 Loss** | | **($12,339.80)** |
| **126650CZ1: CVS 5.05% Notes, 03/25/48 maturity** | | | | | | | | | |
| | Pre-class holdings | 0 | | | Sale | | | | $0.00 |
| | | | | | *Sales offsetting pre-class balance* | | 0 | | $0.00 |
| Purchase | 4/20/2022 | 75,000 | 104.2920 | $78,219.00 | | | | | |
| Purchase | 5/18/2022 | 100,000 | 97.3610 | $97,361.00 | Sale | 7/25/2023 | (100,000) | 91.5270 | ($91,527.00) |
| Purchase | 9/27/2022 | 75,000 | 88.5060 | $66,379.50 | Sale | 7/28/2023 | (150,000) | 90.6940 | ($136,041.00) |
| | | 250,000 | | $241,959.50 | | | (250,000) | | ($227,568.00) |
| | | | | | | | **126650CZ1 Loss** | | **($14,391.50)** |
| | | | | | | | **FIFO Loss on Notes** | | **($26,731.30)** |

**City of Miami Fire Fighters' and Police Officers' Retirement Trust**
LIFO Loss in CVS Health Corporation Common Stock (CVS)
Class period: 02/09/22 - 04/30/24
CUSIP: 126650100
Retained share price: $58.3592 (05/01/24 - 07/29/24)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-class holdings | | 0 | | | Sale | | | | |
| | | | | | *Sales offsetting pre-class balance* | | 0 | | $0.00 |
| Purchase | 9/21/2023 | 4,467 | 72.1796 | $322,426.27 | | | | | |
| Purchase | 9/21/2023 | 24,965 | 72.1796 | $1,801,963.71 | | | | | |
| Purchase | 3/4/2024 | 132 | 74.0899 | $9,779.87 | Retained | | (29,564) | 58.3592 | ($1,725,330.81) |
| | | 29,564 | | $2,134,169.85 | | | (29,564) | | ($1,725,330.81) |

**LIFO Loss on Common Stock     ($408,839.05)**

**City of Miami Fire Fighters' and Police Officers' Retirement Trust**
LIFO Loss in CVS Health Corporation Notes
Class period: 02/09/22 - 04/30/24

| Transaction | Date | Face Amount | Par Value | Cost | Transaction | Date | Face Amount | Par Value | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **126650CY4: CVS 4.78% Notes, 03/25/38 maturity** | | | | | | | | | |
| Pre-class holdings | | 50,000 | | | Sale | | | | $0.00 |
| | | | | | *Sales offsetting pre-class balance* | | 0 | | $0.00 |
| | | | | | Sale | 4/27/2023 | (100,000) | 94.5070 | ($94,507.00) |
| Purchase | 2/17/2022 | 125,000 | 110.2790 | $137,848.75 | Sale | 6/7/2023 | (150,000) | 92.2340 | ($138,351.00) |
| Purchase | 10/14/2022 | 175,000 | 86.0710 | $150,624.25 | | | | | |
| Purchase | 11/28/2023 | 150,000 | 89.4880 | $134,232.00 | Retained | | (200,000) | 89.9043 | ($179,808.56) |
| | | 450,000 | | $422,705.00 | | | (450,000) | | ($412,666.56) |
| | | | | | | | **126650CY4 Loss** | | **($10,038.44)** |
| **126650CZ1: CVS 5.05% Notes, 03/25/48 maturity** | | | | | | | | | |
| Pre-class holdings | | 0 | | | Sale | | | | $0.00 |
| | | | | | *Sales offsetting pre-class balance* | | 0 | | $0.00 |
| Purchase | 4/20/2022 | 75,000 | 104.2920 | $78,219.00 | | | | | |
| Purchase | 5/18/2022 | 100,000 | 97.3610 | $97,361.00 | Sale | 7/25/2023 | (100,000) | 91.5270 | ($91,527.00) |
| Purchase | 9/27/2022 | 75,000 | 88.5060 | $66,379.50 | Sale | 7/28/2023 | (150,000) | 90.6940 | ($136,041.00) |
| | | 250,000 | | $241,959.50 | | | (250,000) | | ($227,568.00) |
| | | | | | | | **126650CZ1 Loss** | | **($14,391.50)** |
| | | | | | | | **LIFO Loss on Notes** | | **($24,429.94)** |