UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IVY NIXON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CVS HEALTH CORPORATION, KAREN S. LYNCH, SHAWN M. GUERTIN, and THOMAS F. COWHEY,<br><br>Defendants. | Case No.  1:24-cv-05303-MMG |
| ORLANDO TATONE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CVS HEALTH CORPORATION, KAREN S. LYNCH, SHAWN M. GUERTIN, and THOMAS F. COWHEY,<br><br>Defendants. | Case No.  1:24-cv-06771-UA |

DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF
LANCASTER PARTNER LLC FOR CONSOLIDATION, APPOINTMENT AS LEAD
PLAINTIFF, AND APPROVAL OF CO-LEAD COUNSEL

I, Jeremy A. Lieberman, hereby declare as follows:

1.    I am an attorney with Pomerantz LLP ("Pomerantz"), counsel on behalf of Lancaster Partner LLC ("Lancaster Partner"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Lancaster Partner's motion for consolidation of the above-captioned related actions (the "Related Actions"), appointment as Lead Plaintiff for the Class in the consolidated action, and approval of its selection of Pomerantz and the Schall Law Firm ("Schall") as Co-Lead Counsel for the Class.

2.    Attached hereto as the exhibits indicated are true and correct copies of the following:

| | |
|---|---|
| Exhibit A: | Chart setting forth Lancaster Partner's financial interest in this litigation; |
| Exhibit B: | Press release published via *Globe Newswire* on July 12, 2024, announcing the pendency of the first-filed of the Related Actions; |
| Exhibit C: | Shareholder Certification executed on behalf of Lancaster Partner; |
| Exhibit D: | Declaration executed on behalf of Lancaster Partner; |
| Exhibit E: | Firm resume of Pomerantz; and |
| Exhibit F: | Firm resume of Schall. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on September 10, 2024.

/s/ *Jeremy A. Lieberman*
Jeremy A. Lieberman

1