# EXHIBIT A

**CVS Health Corporation (CVS)**
**Class Period: February 9, 2022 to April 30, 2024**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Security Type | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 90-Days* Mean Price $58.3592 Estimated Value | FIFO Estimated Gain(Loss) | LIFO Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Summary | | | | | | | | | | | | | | |
| Lancaster Partner LLC | Common Stock | | 148,296 | | ($13,206,265) | | (134,296) | | $11,668,525 | 21,000 | 19,000 | $1,108,824 | ($949,387) | ($812,734) |
| Lancaster Partner LLC | Options | | 2,768 | | ($200,685) | | (2,768) | | $227,445 | 0 | 0 | $0 | $26,760 | $26,760 |
| **Lancaster Partner LLC** | **Common Stock & Options** | | | | **($13,406,950)** | | | | **$11,895,970** | | | **$1,108,824** | **($922,627)** | **($785,974)** |
| | | | | | | | | | | | | | | |
| Lancaster Partner LLC | Common Stock | | | | | Preclass | 5,000 | | | | | | | |
| Lancaster Partner LLC | Common Stock | 2/9/2022 | 1,000 | $106.6999 | ($106,700) | 2/16/2022 | (1,000) | $103.8235 | $103,824 | | | | | |
| Lancaster Partner LLC | Common Stock | 2/10/2022 | 5,000 | $105.9400 | ($529,700) | 2/23/2022 | (100) | $103.2700 | $10,327 | | | | | |
| Lancaster Partner LLC | Common Stock | 2/16/2022 | 1,000 | $102.9500 | ($102,950) | 2/23/2022 | (15) | $103.2800 | $1,549 | | | | | |
| Lancaster Partner LLC | Common Stock | 2/17/2022 | 1,000 | $102.7000 | ($102,700) | 2/23/2022 | (2,885) | $103.2719 | $297,939 | | | | | |
| Lancaster Partner LLC | Common Stock | 2/22/2022 | 3,000 | $102.2500 | ($306,750) | 3/15/2022 | (205) | $106.8400 | $21,902 | | | | | |
| Lancaster Partner LLC | Common Stock | 3/23/2022 | 589 | $106.4100 | ($62,675) | 3/15/2022 | (3,128) | $106.8300 | $334,164 | | | | | |
| Lancaster Partner LLC | Common Stock | 3/23/2022 | 3,730 | $106.4200 | ($396,947) | 3/15/2022 | (1,343) | $106.8200 | $143,459 | | | | | |
| Lancaster Partner LLC | Common Stock | 3/23/2022 | 681 | $106.4000 | ($72,458) | 3/15/2022 | (324) | $106.8500 | $34,619 | | | | | |
| Lancaster Partner LLC | Common Stock | 3/29/2022 | 143 | $107.1800 | ($15,327) | 3/15/2022 | (4,900) | $106.8250 | $523,443 | | | | | |
| Lancaster Partner LLC | Common Stock | 3/29/2022 | 190 | $107.1899 | ($20,366) | 3/15/2022 | (2,000) | $106.7319 | $213,464 | | | | | |
| Lancaster Partner LLC | Common Stock | 3/29/2022 | 235 | $107.1900 | ($25,190) | 3/21/2022 | (100) | $108.6200 | $10,862 | | | | | |
| Lancaster Partner LLC | Common Stock | 3/29/2022 | 432 | $107.2500 | ($46,332) | 3/24/2022 | (5,000) | $106.7800 | $533,900 | | | | | |
| Lancaster Partner LLC | Common Stock | 3/29/2022 | 10,000 | $106.9500 | ($1,069,500) | 3/30/2022 | (5,000) | $102.8300 | $514,150 | | | | | |
| Lancaster Partner LLC | Common Stock | 3/31/2022 | 1,600 | $101.7699 | ($162,832) | 4/11/2022 | (1,800) | $105.6500 | $190,170 | | | | | |
| Lancaster Partner LLC | Common Stock | 3/31/2022 | 250 | $101.7156 | ($25,429) | 4/11/2022 | (100) | $105.7100 | $10,571 | | | | | |
| Lancaster Partner LLC | Common Stock | 3/31/2022 | 3,150 | $101.4453 | ($319,553) | 4/11/2022 | (100) | $105.6600 | $10,566 | | | | | |
| Lancaster Partner LLC | Common Stock | 4/14/2022 | 505 | $104.3600 | ($52,702) | 4/14/2022 | (1,300) | $104.6500 | $136,045 | | | | | |
| Lancaster Partner LLC | Common Stock | 4/14/2022 | 195 | $104.3580 | ($20,350) | 4/20/2022 | (1,000) | $107.4600 | $107,460 | | | | | |
| Lancaster Partner LLC | Common Stock | 4/14/2022 | 1,300 | $104.3790 | ($135,693) | 7/12/2022 | (170) | $94.7500 | $16,108 | | | | | |
| Lancaster Partner LLC | Common Stock | 4/14/2022 | 1,300 | $104.2885 | ($135,575) | 8/3/2022 | (1,000) | $101.1600 | $101,160 | | | | | |
| Lancaster Partner LLC | Common Stock | 4/27/2022 | 170 | $101.8308 | ($17,311) | 8/3/2022 | (700) | $101.3414 | $70,939 | | | | | |
| Lancaster Partner LLC | Common Stock | 5/10/2022 | 1,000 | $99.3991 | ($99,399) | 8/8/2022 | (300) | $102.3363 | $30,701 | | | | | |
| Lancaster Partner LLC | Common Stock | 5/10/2022 | 700 | $98.9800 | ($69,286) | 8/11/2022 | (5,000) | $104.4400 | $522,200 | | | | | |
| Lancaster Partner LLC | Common Stock | 5/17/2022 | 100 | $99.0000 | ($9,900) | 8/11/2022 | (2,000) | $105.0607 | $210,121 | | | | | |
| Lancaster Partner LLC | Common Stock | 6/29/2022 | 200 | $93.9000 | ($18,780) | 8/24/2022 | (656) | $101.2850 | $66,443 | | | | | |
| Lancaster Partner LLC | Common Stock | 8/11/2022 | 370 | $104.3600 | ($38,613) | 8/24/2022 | (244) | $101.2800 | $24,712 | | | | | |
| Lancaster Partner LLC | Common Stock | 8/11/2022 | 4,246 | $104.3800 | ($443,197) | 8/24/2022 | (100) | $101.2750 | $10,128 | | | | | |
| Lancaster Partner LLC | Common Stock | 8/11/2022 | 384 | $104.3700 | ($40,078) | 8/25/2022 | (2,000) | $101.7400 | $203,480 | | | | | |
| Lancaster Partner LLC | Common Stock | 8/16/2022 | 212 | $106.9400 | ($22,671) | 9/7/2022 | (1,600) | $100.5200 | $160,832 | | | | | |
| Lancaster Partner LLC | Common Stock | 8/16/2022 | 21 | $106.9700 | ($2,246) | 9/23/2022 | (1,000) | $98.7601 | $98,760 | | | | | |
| Lancaster Partner LLC | Common Stock | 8/16/2022 | 6,679 | $106.9900 | ($714,586) | 10/10/2022 | (1,900) | $87.8701 | $166,953 | | | | | |
| Lancaster Partner LLC | Common Stock | 8/16/2022 | 2,301 | $106.9500 | ($246,092) | 10/13/2022 | (5,657) | $90.4400 | $511,619 | | | | | |
| Lancaster Partner LLC | Common Stock | 8/16/2022 | 222 | $106.9600 | ($23,745) | 10/13/2022 | (306) | $90.4500 | $27,678 | | | | | |
| Lancaster Partner LLC | Common Stock | 8/16/2022 | 314 | $106.9200 | ($33,573) | 10/13/2022 | (200) | $90.4600 | $18,092 | | | | | |
| Lancaster Partner LLC | Common Stock | 8/16/2022 | 50 | $106.9300 | ($5,347) | 10/13/2022 | (49) | $90.4650 | $4,433 | | | | | |
| Lancaster Partner LLC | Common Stock | 8/16/2022 | 201 | $106.9800 | ($21,503) | 11/3/2022 | (500) | $97.5501 | $48,775 | | | | | |
| Lancaster Partner LLC | Common Stock | 8/24/2022 | 1,000 | $100.4205 | ($100,421) | 11/25/2022 | (1,500) | $101.4710 | $152,207 | | | | | |
| Lancaster Partner LLC | Common Stock | 8/25/2022 | 2,000 | $101.4500 | ($202,900) | 1/13/2023 | (1,500) | $90.0702 | $135,105 | | | | | |
| Lancaster Partner LLC | Common Stock | 8/26/2022 | 1,600 | $100.1900 | ($160,304) | 2/13/2023 | (2,000) | $90.1401 | $180,280 | | | | | |

*Avg Closing Prices from May 1, 2024 to July 29, 2024

**CVS Health Corporation (CVS)**
**Class Period: February 9, 2022 to April 30, 2024**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Security Type | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 90-Days* Mean Price $58.3592 Estimated Value | FIFO Estimated Gain(Loss) | LIFO Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lancaster Partner LLC | Common Stock | 9/23/2022 | 500 | $98.3800 | ($49,190) | 5/19/2023 | (1,000) | $69.3117 | $69,312 | | | | | |
| Lancaster Partner LLC | Common Stock | 10/4/2022 | 1,000 | $100.4037 | ($100,404) | 5/22/2023 | (1,264) | $69.4300 | $87,760 | | | | | |
| Lancaster Partner LLC | Common Stock | 10/6/2022 | 1,900 | $99.4250 | ($188,908) | 7/6/2023 | (500) | $69.4514 | $34,726 | | | | | |
| Lancaster Partner LLC | Common Stock | 10/13/2022 | 1,212 | $90.3030 | ($109,447) | 8/17/2023 | (3,000) | $66.0501 | $198,150 | | | | | |
| Lancaster Partner LLC | Common Stock | 10/13/2022 | 5,000 | $90.2050 | ($451,025) | 8/17/2023 | (2,950) | $65.3801 | $192,871 | | | | | |
| Lancaster Partner LLC | Common Stock | 11/18/2022 | 20 | $97.3300 | ($1,947) | 8/17/2023 | (200) | $66.3618 | $13,272 | | | | | |
| Lancaster Partner LLC | Common Stock | 11/23/2022 | 5 | $100.0400 | ($500) | 8/17/2023 | (50) | $64.9404 | $3,247 | | | | | |
| Lancaster Partner LLC | Common Stock | 11/23/2022 | 50 | $100.0490 | ($5,002) | 10/25/2023 | (750) | $68.4900 | $51,368 | | | | | |
| Lancaster Partner LLC | Common Stock | 11/23/2022 | 1,925 | $100.0499 | ($192,596) | 2/9/2024 | (400) | $75.6800 | $30,272 | | | | | |
| Lancaster Partner LLC | Common Stock | 1/12/2023 | 1,500 | $89.1550 | ($133,733) | 2/21/2024 | (2,000) | $77.2800 | $154,560 | | | | | |
| Lancaster Partner LLC | Common Stock | 2/13/2023 | 2,000 | $89.5800 | ($179,160) | 2/22/2024 | (1,000) | $77.3900 | $77,390 | | | | | |
| Lancaster Partner LLC | Common Stock | 5/19/2023 | 264 | $69.2500 | ($18,282) | 2/23/2024 | (2,000) | $77.4500 | $154,900 | | | | | |
| Lancaster Partner LLC | Common Stock | 5/19/2023 | 1,000 | $69.2500 | ($69,250) | 2/26/2024 | (4,000) | $77.9000 | $311,600 | | | | | |
| Lancaster Partner LLC | Common Stock | 5/22/2023 | 1,000 | $69.3100 | ($69,310) | 2/27/2024 | (2,600) | $76.9101 | $199,966 | | | | | |
| Lancaster Partner LLC | Common Stock | 8/17/2023 | 2,950 | $65.9899 | ($194,670) | 2/27/2024 | (1,500) | $76.8518 | $115,278 | | | | | |
| Lancaster Partner LLC | Common Stock | 2/9/2024 | 400 | $75.3000 | ($30,120) | 2/27/2024 | (900) | $76.9100 | $69,219 | | | | | |
| Lancaster Partner LLC | Common Stock | 2/16/2024 | 1,000 | $77.1700 | ($77,170) | 3/5/2024 | (4,000) | $74.8801 | $299,520 | | | | | |
| Lancaster Partner LLC | Common Stock | 2/20/2024 | 1,000 | $77.2500 | ($77,250) | 3/5/2024 | (1,000) | $73.7550 | $73,755 | | | | | |
| Lancaster Partner LLC | Common Stock | 2/21/2024 | 1,000 | $77.1000 | ($77,100) | 3/6/2024 | (2,000) | $74.1900 | $148,380 | | | | | |
| Lancaster Partner LLC | Common Stock | 2/23/2024 | 2,000 | $77.1500 | ($154,300) | 3/11/2024 | (2,500) | $75.4600 | $188,650 | | | | | |
| Lancaster Partner LLC | Common Stock | 2/23/2024 | 4,000 | $77.1000 | ($308,400) | 3/11/2024 | (300) | $75.8727 | $22,762 | | | | | |
| Lancaster Partner LLC | Common Stock | 2/27/2024 | 836 | $76.2500 | ($63,745) | 3/11/2024 | (200) | $75.8734 | $15,175 | | | | | |
| Lancaster Partner LLC | Common Stock | 2/27/2024 | 5,000 | $76.4500 | ($382,250) | 3/13/2024 | (5,000) | $75.7528 | $378,764 | | | | | |
| Lancaster Partner LLC | Common Stock | 2/28/2024 | 1,164 | $76.0900 | ($88,569) | 3/14/2024 | (1,300) | $75.5600 | $98,228 | | | | | |
| Lancaster Partner LLC | Common Stock | 2/29/2024 | 500 | $75.2999 | ($37,650) | 3/14/2024 | (1,164) | $76.1800 | $88,674 | | | | | |
| Lancaster Partner LLC | Common Stock | 2/29/2024 | 2,000 | $75.2999 | ($150,600) | 3/14/2024 | (1,000) | $76.1400 | $76,140 | | | | | |
| Lancaster Partner LLC | Common Stock | 3/4/2024 | 4,000 | $74.0450 | ($296,180) | 3/14/2024 | (1,000) | $75.4200 | $75,420 | | | | | |
| Lancaster Partner LLC | Common Stock | 3/5/2024 | 92 | $73.6550 | ($6,776) | 3/14/2024 | (836) | $76.3502 | $63,829 | | | | | |
| Lancaster Partner LLC | Common Stock | 3/5/2024 | 106 | $73.6500 | ($7,807) | 3/14/2024 | (358) | $75.5750 | $27,056 | | | | | |
| Lancaster Partner LLC | Common Stock | 3/5/2024 | 200 | $73.6599 | ($14,732) | 3/14/2024 | (200) | $75.5701 | $15,114 | | | | | |
| Lancaster Partner LLC | Common Stock | 3/5/2024 | 400 | $73.6550 | ($29,462) | 3/14/2024 | (142) | $75.5700 | $10,731 | | | | | |
| Lancaster Partner LLC | Common Stock | 3/5/2024 | 604 | $73.6400 | ($44,479) | 3/18/2024 | (1,000) | $77.4525 | $77,453 | | | | | |
| Lancaster Partner LLC | Common Stock | 3/5/2024 | 698 | $73.6600 | ($51,415) | 3/19/2024 | (5,000) | $78.7052 | $393,526 | | | | | |
| Lancaster Partner LLC | Common Stock | 3/5/2024 | 900 | $73.6600 | ($66,294) | 3/19/2024 | (500) | $77.3543 | $38,677 | | | | | |
| Lancaster Partner LLC | Common Stock | 3/11/2024 | 500 | $75.2800 | ($37,640) | 3/20/2024 | (6,000) | $78.5210 | $471,126 | | | | | |
| Lancaster Partner LLC | Common Stock | 3/12/2024 | 1,000 | $76.0500 | ($76,050) | 3/22/2024 | (10,000) | $79.1356 | $791,356 | | | | | |
| Lancaster Partner LLC | Common Stock | 3/13/2024 | 3,000 | $75.1700 | ($225,510) | 3/27/2024 | (1,000) | $79.8000 | $79,800 | | | | | |
| Lancaster Partner LLC | Common Stock | 3/13/2024 | 5,000 | $75.4347 | ($377,174) | 3/28/2024 | (5,000) | $79.9800 | $399,900 | | | | | |
| Lancaster Partner LLC | Common Stock | 3/18/2024 | 500 | $77.2600 | ($38,630) | 5/2/2024 | (1,500) | $55.7300 | $83,595 | | | | | |
| Lancaster Partner LLC | Common Stock | 3/18/2024 | 1,000 | $77.1750 | ($77,175) | 5/2/2024 | (500) | $55.7300 | $27,865 | | | | | |
| Lancaster Partner LLC | Common Stock | 3/19/2024 | 5,000 | $78.0800 | ($390,400) | | | | | | | | | |
| Lancaster Partner LLC | Common Stock | 3/20/2024 | 2,000 | $78.2700 | ($156,540) | | | | | | | | | |
| Lancaster Partner LLC | Common Stock | 3/20/2024 | 4,000 | $78.0998 | ($312,399) | | | | | | | | | |
| Lancaster Partner LLC | Common Stock | 3/21/2024 | 10,000 | $78.7900 | ($787,900) | | | | | | | | | |
| Lancaster Partner LLC | Common Stock | 3/25/2024 | 1,000 | $79.4504 | ($79,450) | | | | | | | | | |
| Lancaster Partner LLC | Common Stock | 3/27/2024 | 2,000 | $79.5000 | ($159,000) | | | | | | | | | |

*Avg Closing Prices from May 1, 2024 to July 29, 2024

**CVS Health Corporation (CVS)**
**Class Period: February 9, 2022 to April 30, 2024**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Security Type | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 90-Days* Mean Price $58.3592 Estimated Value | FIFO Estimated Gain(Loss) | LIFO Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lancaster Partner LLC | Common Stock | 3/27/2024 | 3,000 | $79.4500 | ($238,350) | | | | | | | | | |
| Lancaster Partner LLC | Common Stock | 3/28/2024 | 500 | $79.8900 | ($39,945) | | | | | | | | | |
| Lancaster Partner LLC | Common Stock | 4/1/2024 | 5,000 | $79.8400 | ($399,200) | | | | | | | | | |
| Lancaster Partner LLC | Common Stock | 4/24/2024 | 1,500 | $69.0000 | ($103,500) | | | | | | | | | |
| **Lancaster Partner LLC** | **Common Stock** | | **148,296** | | **($13,206,265)** | | **(134,296)** | | **$11,668,525** | **21,000** | **19,000** | **$1,108,824** | **($949,387)** | **($812,734)** |
| | | | | | | | | | | | | | | |
| **Lancaster Partner LLC** | **CVS Apr 14 '22 $107 Call** | **4/8/2022** | **30** | **$1.1500** | **($3,450)** | **4/8/2022** | **(30)** | **$1.3000** | **$3,900** | **0** | **0** | **$0** | **$450** | **$450** |
| **Lancaster Partner LLC** | **CVS Aug 26 '22 $105 Call** | **7/13/2022** | **20** | **$0.4300** | **($860)** | **7/12/2022** | **(20)** | **$0.5400** | **$1,080** | **0** | **0** | **$0** | **$220** | **$220** |
| **Lancaster Partner LLC** | **CVS Oct 21 '22 $110 Call** | **9/13/2022** | **100** | **$0.4500** | **($4,500)** | **9/8/2022** | **(100)** | **$0.5100** | **$5,100** | **0** | **0** | **$0** | **$600** | **$600** |
| **Lancaster Partner LLC** | **CVS Oct 14 '22 $109 Call** | **9/22/2022** | **100** | **$0.2000** | **($2,000)** | **9/14/2022** | **(100)** | **$0.3200** | **$3,200** | **0** | **0** | **$0** | **$1,200** | **$1,200** |
| **Lancaster Partner LLC** | **CVS Jan 20 '23 $120 Call** | **10/18/2022** | **50** | **$0.1600** | **($800)** | **10/12/2022** | **(50)** | **$0.1900** | **$950** | **0** | **0** | **$0** | **$150** | **$150** |
| **Lancaster Partner LLC** | **CVS Dec 16 '22 $110 Call** | **11/14/2022** | **100** | **$0.1900** | **($1,900)** | **10/28/2022** | **(100)** | **$0.2700** | **$2,700** | **0** | **0** | **$0** | **$800** | **$800** |
| **Lancaster Partner LLC** | **CVS Nov 17 '23 $90 Call** | **8/4/2023** | **80** | **$0.2400** | **($1,920)** | **7/18/2023** | **(80)** | **$0.2500** | **$2,000** | **0** | **0** | **$0** | **$80** | **$80** |
| | | | | | | | | | | | | | | |
| Lancaster Partner LLC | CVS Feb 11 '22 $107 Call | 2/14/2022 | 50 | expired | | 2/10/2022 | (15) | $0.2300 | $345 | | | | | |
| Lancaster Partner LLC | CVS Feb 11 '22 $107 Call | | | | | 2/10/2022 | (35) | $0.2400 | $840 | | | | | |
| **Lancaster Partner LLC** | **CVS Feb 11 '22 $107 Call** | | **50** | | **$0** | | **(50)** | | **$1,185** | **0** | **0** | **$0** | **$1,185** | **$1,185** |
| | | | | | | | | | | | | | | |
| Lancaster Partner LLC | CVS Apr 01 '22 $107 Call | 2/16/2022 | 10 | $1.7000 | ($1,700) | 2/14/2022 | (1) | $1.8000 | $180 | | | | | |
| Lancaster Partner LLC | CVS Apr 01 '22 $107 Call | | | | | 2/15/2022 | (9) | $1.9300 | $1,737 | | | | | |
| **Lancaster Partner LLC** | **CVS Apr 01 '22 $107 Call** | | **10** | | **($1,700)** | | **(10)** | | **$1,917** | **0** | **0** | **$0** | **$217** | **$217** |
| | | | | | | | | | | | | | | |
| Lancaster Partner LLC | CVS Apr 14 '22 $110 Call | 3/3/2022 | 80 | $1.2200 | ($9,760) | 3/2/2022 | (20) | $1.0000 | $2,000 | | | | | |
| Lancaster Partner LLC | CVS Apr 14 '22 $110 Call | 4/8/2022 | 20 | $0.2700 | ($540) | 3/2/2022 | (30) | $1.4300 | $4,290 | | | | | |
| Lancaster Partner LLC | CVS Apr 14 '22 $110 Call | 4/8/2022 | 10 | $0.2600 | ($260) | 3/3/2022 | (30) | $1.4000 | $4,200 | | | | | |
| Lancaster Partner LLC | CVS Apr 14 '22 $110 Call | | | | | 4/8/2022 | (30) | $0.2700 | $810 | | | | | |
| **Lancaster Partner LLC** | **CVS Apr 14 '22 $110 Call** | | **110** | | **($10,560)** | | **(110)** | | **$11,300** | **0** | **0** | **$0** | **$740** | **$740** |
| | | | | | | | | | | | | | | |
| Lancaster Partner LLC | CVS May 20 '22 $115 Call | 3/8/2022 | 100 | $1.1500 | ($11,500) | 3/3/2022 | (70) | $1.3900 | $9,730 | | | | | |
| Lancaster Partner LLC | CVS May 20 '22 $115 Call | 3/10/2022 | 100 | $1.0500 | ($10,500) | 3/4/2022 | (15) | $1.4500 | $2,175 | | | | | |
| Lancaster Partner LLC | CVS May 20 '22 $115 Call | | | | | 3/4/2022 | (15) | $1.5000 | $2,250 | | | | | |
| Lancaster Partner LLC | CVS May 20 '22 $115 Call | | | | | 3/9/2022 | (100) | $1.2000 | $12,000 | | | | | |
| **Lancaster Partner LLC** | **CVS May 20 '22 $115 Call** | | **200** | | **($22,000)** | | **(200)** | | **$26,155** | **0** | **0** | **$0** | **$4,155** | **$4,155** |
| | | | | | | | | | | | | | | |
| Lancaster Partner LLC | CVS Jun 17 '22 $120 Call | 3/15/2022 | 50 | $1.4700 | ($7,350) | 3/10/2022 | (120) | $0.8500 | $10,200 | | | | | |
| Lancaster Partner LLC | CVS Jun 17 '22 $120 Call | 3/15/2022 | 17 | $1.5000 | ($2,550) | | | | | | | | | |
| Lancaster Partner LLC | CVS Jun 17 '22 $120 Call | 3/15/2022 | 33 | $1.4400 | ($4,752) | | | | | | | | | |
| Lancaster Partner LLC | CVS Jun 17 '22 $120 Call | 3/15/2022 | 20 | $1.4800 | ($2,960) | | | | | | | | | |
| **Lancaster Partner LLC** | **CVS Jun 17 '22 $120 Call** | | **120** | | **($17,612)** | | **(120)** | | **$10,200** | **0** | **0** | **$0** | **($7,412)** | **($7,412)** |
| | | | | | | | | | | | | | | |
| Lancaster Partner LLC | CVS Jun 17 '22 $110 Call | 4/18/2022 | 30 | $1.5800 | ($4,740) | 4/4/2022 | (50) | $0.7400 | $3,700 | | | | | |
| Lancaster Partner LLC | CVS Jun 17 '22 $110 Call | 4/29/2022 | 50 | $0.6500 | ($3,250) | 4/18/2022 | (30) | $1.8000 | $5,400 | | | | | |
| Lancaster Partner LLC | CVS Jun 17 '22 $110 Call | 5/9/2022 | 50 | $0.6000 | ($3,000) | 5/6/2022 | (50) | $0.7400 | $3,700 | | | | | |
| **Lancaster Partner LLC** | **CVS Jun 17 '22 $110 Call** | | **130** | | **($10,990)** | | **(130)** | | **$12,800** | **0** | **0** | **$0** | **$1,810** | **$1,810** |
| | | | | | | | | | | | | | | |
| Lancaster Partner LLC | CVS Jun 17 '22 $115 Call | 4/22/2022 | 50 | $0.6800 | ($3,400) | 4/19/2022 | (40) | $0.6800 | $2,720 | | | | | |

*Avg Closing Prices from May 1, 2024 to July 29, 2024

**CVS Health Corporation (CVS)**
**Class Period: February 9, 2022 to April 30, 2024**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Security Type | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 90-Days* Mean Price $58.3592 Estimated Value | FIFO Estimated Gain(Loss) | LIFO Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lancaster Partner LLC | CVS Jun 17 '22 $115 Call | | | | | 4/20/2022 | (5) | $0.7800 | $390 | | | | | |
| Lancaster Partner LLC | CVS Jun 17 '22 $115 Call | | | | | 4/20/2022 | (5) | $0.7700 | $385 | | | | | |
| **Lancaster Partner LLC** | **CVS Jun 17 '22 $115 Call** | | **50** | | **($3,400)** | | **(50)** | | **$3,495** | **0** | **0** | **$0** | **$95** | **$95** |
| | | | | | | | | | | | | | | |
| Lancaster Partner LLC | CVS Aug 19 '22 $110 Call | 5/23/2022 | 70 | $0.9000 | ($6,300) | 5/20/2022 | (20) | $0.9300 | $1,860 | | | | | |
| Lancaster Partner LLC | CVS Aug 19 '22 $110 Call | 6/2/2022 | 20 | $0.6300 | ($1,260) | 5/20/2022 | (50) | $0.9600 | $4,800 | | | | | |
| Lancaster Partner LLC | CVS Aug 19 '22 $110 Call | 6/14/2022 | 50 | $0.3200 | ($1,600) | 6/1/2022 | (20) | $0.6800 | $1,360 | | | | | |
| Lancaster Partner LLC | CVS Aug 19 '22 $110 Call | 6/30/2022 | 3 | $0.1700 | ($51) | 6/9/2022 | (50) | $0.4100 | $2,050 | | | | | |
| Lancaster Partner LLC | CVS Aug 19 '22 $110 Call | | | | | 6/29/2022 | (3) | $0.3000 | $90 | | | | | |
| **Lancaster Partner LLC** | **CVS Aug 19 '22 $110 Call** | | **143** | | **($9,211)** | | **(143)** | | **$10,160** | **0** | **0** | **$0** | **$949** | **$949** |
| | | | | | | | | | | | | | | |
| Lancaster Partner LLC | CVS Nov 18 '22 $110 Call | 7/14/2022 | 42 | $0.8100 | ($3,402) | 7/8/2022 | (50) | $1.0600 | $5,300 | | | | | |
| Lancaster Partner LLC | CVS Nov 18 '22 $110 Call | 7/14/2022 | 8 | $0.8000 | ($640) | 7/15/2022 | (50) | $1.1500 | $5,750 | | | | | |
| Lancaster Partner LLC | CVS Nov 18 '22 $110 Call | 7/18/2022 | 50 | $1.1000 | ($5,500) | | | | | | | | | |
| **Lancaster Partner LLC** | **CVS Nov 18 '22 $110 Call** | | **100** | | **($9,542)** | | **(100)** | | **$11,050** | **0** | **0** | **$0** | **$1,508** | **$1,508** |
| | | | | | | | | | | | | | | |
| Lancaster Partner LLC | CVS Sep 16 '22 $110 Call | 7/21/2022 | 20 | $0.2500 | ($500) | 7/19/2022 | (20) | $0.3300 | $660 | | | | | |
| Lancaster Partner LLC | CVS Sep 16 '22 $110 Call | 8/16/2022 | 20 | $0.9900 | ($1,980) | 7/22/2022 | (50) | $0.2500 | $1,250 | | | | | |
| Lancaster Partner LLC | CVS Sep 16 '22 $110 Call | 8/22/2022 | 50 | $0.2200 | ($1,100) | 8/15/2022 | (20) | $1.1200 | $2,240 | | | | | |
| **Lancaster Partner LLC** | **CVS Sep 16 '22 $110 Call** | | **90** | | **($3,580)** | | **(90)** | | **$4,150** | **0** | **0** | **$0** | **$570** | **$570** |
| | | | | | | | | | | | | | | |
| Lancaster Partner LLC | CVS Feb 17 '23 $110 Call | 9/28/2022 | 100 | $2.3500 | ($23,500) | 9/23/2022 | (67) | $2.4400 | $16,348 | | | | | |
| Lancaster Partner LLC | CVS Feb 17 '23 $110 Call | 10/27/2022 | 90 | $1.0000 | ($9,000) | 9/23/2022 | (33) | $2.3600 | $7,788 | | | | | |
| Lancaster Partner LLC | CVS Feb 17 '23 $110 Call | 10/27/2022 | 10 | $1.0000 | ($1,000) | 10/26/2022 | (100) | $1.0400 | $10,400 | | | | | |
| **Lancaster Partner LLC** | **CVS Feb 17 '23 $110 Call** | | **200** | | **($33,500)** | | **(200)** | | **$34,536** | **0** | **0** | **$0** | **$1,036** | **$1,036** |
| | | | | | | | | | | | | | | |
| Lancaster Partner LLC | CVS Jan 20 '23 $110 Call | 9/27/2022 | 50 | $1.7500 | ($8,750) | 9/27/2022 | (40) | $1.9400 | $7,760 | | | | | |
| Lancaster Partner LLC | CVS Jan 20 '23 $110 Call | 9/29/2022 | 78 | $1.6000 | ($12,480) | 9/27/2022 | (10) | $1.9200 | $1,920 | | | | | |
| Lancaster Partner LLC | CVS Jan 20 '23 $110 Call | 9/29/2022 | 72 | $1.6000 | ($11,520) | 9/28/2022 | (150) | $1.8500 | $27,750 | | | | | |
| Lancaster Partner LLC | CVS Jan 20 '23 $110 Call | 10/25/2022 | 100 | $0.5500 | ($5,500) | 10/21/2022 | (15) | $0.5700 | $855 | | | | | |
| Lancaster Partner LLC | CVS Jan 20 '23 $110 Call | 12/13/2022 | 35 | $0.3600 | ($1,260) | 10/21/2022 | (45) | $0.5700 | $2,565 | | | | | |
| Lancaster Partner LLC | CVS Jan 20 '23 $110 Call | 12/14/2022 | 150 | $0.2600 | ($3,900) | 10/21/2022 | (4) | $0.5700 | $228 | | | | | |
| Lancaster Partner LLC | CVS Jan 20 '23 $110 Call | | | | | 10/21/2022 | (36) | $0.5700 | $2,052 | | | | | |
| Lancaster Partner LLC | CVS Jan 20 '23 $110 Call | | | | | 11/18/2022 | (49) | $0.3300 | $1,617 | | | | | |
| Lancaster Partner LLC | CVS Jan 20 '23 $110 Call | | | | | 11/18/2022 | (14) | $0.3300 | $462 | | | | | |
| Lancaster Partner LLC | CVS Jan 20 '23 $110 Call | | | | | 11/18/2022 | (13) | $0.3300 | $429 | | | | | |
| Lancaster Partner LLC | CVS Jan 20 '23 $110 Call | | | | | 11/18/2022 | (14) | $0.3300 | $462 | | | | | |
| Lancaster Partner LLC | CVS Jan 20 '23 $110 Call | | | | | 11/18/2022 | (2) | $0.3300 | $66 | | | | | |
| Lancaster Partner LLC | CVS Jan 20 '23 $110 Call | | | | | 11/18/2022 | (16) | $0.3300 | $528 | | | | | |
| Lancaster Partner LLC | CVS Jan 20 '23 $110 Call | | | | | 11/18/2022 | (13) | $0.3300 | $429 | | | | | |
| Lancaster Partner LLC | CVS Jan 20 '23 $110 Call | | | | | 11/18/2022 | (5) | $0.3300 | $165 | | | | | |
| Lancaster Partner LLC | CVS Jan 20 '23 $110 Call | | | | | 11/18/2022 | (24) | $0.3300 | $792 | | | | | |
| Lancaster Partner LLC | CVS Jan 20 '23 $110 Call | | | | | 12/7/2022 | (35) | $0.5000 | $1,750 | | | | | |
| **Lancaster Partner LLC** | **CVS Jan 20 '23 $110 Call** | | **485** | | **($43,410)** | | **(485)** | | **$49,830** | **0** | **0** | **$0** | **$6,420** | **$6,420** |
| | | | | | | | | | | | | | | |
| Lancaster Partner LLC | CVS Jan 20 '23 $115 Call | 9/30/2022 | 150 | $0.7500 | ($11,250) | 9/30/2022 | (2) | $0.7900 | $158 | | | | | |

*Avg Closing Prices from May 1, 2024 to July 29, 2024

**CVS Health Corporation (CVS)**
**Class Period: February 9, 2022 to April 30, 2024**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Security Type | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 90-Days* Mean Price $58.3592 Estimated Value | FIFO Estimated Gain(Loss) | LIFO Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lancaster Partner LLC | CVS Jan 20 '23 $115 Call | 10/7/2022 | 160 | $0.3200 | ($5,120) | 9/30/2022 | (5) | $0.7900 | $395 | | | | | |
| Lancaster Partner LLC | CVS Jan 20 '23 $115 Call | | | | | 9/30/2022 | (4) | $0.7800 | $312 | | | | | |
| Lancaster Partner LLC | CVS Jan 20 '23 $115 Call | | | | | 9/30/2022 | (8) | $0.7800 | $624 | | | | | |
| Lancaster Partner LLC | CVS Jan 20 '23 $115 Call | | | | | 9/30/2022 | (6) | $0.7800 | $468 | | | | | |
| Lancaster Partner LLC | CVS Jan 20 '23 $115 Call | | | | | 9/30/2022 | (48) | $0.7800 | $3,744 | | | | | |
| Lancaster Partner LLC | CVS Jan 20 '23 $115 Call | | | | | 9/30/2022 | (21) | $0.7800 | $1,638 | | | | | |
| Lancaster Partner LLC | CVS Jan 20 '23 $115 Call | | | | | 9/30/2022 | (17) | $0.7800 | $1,326 | | | | | |
| Lancaster Partner LLC | CVS Jan 20 '23 $115 Call | | | | | 9/30/2022 | (7) | $0.7900 | $553 | | | | | |
| Lancaster Partner LLC | CVS Jan 20 '23 $115 Call | | | | | 9/30/2022 | (32) | $0.7900 | $2,528 | | | | | |
| Lancaster Partner LLC | CVS Jan 20 '23 $115 Call | | | | | 10/4/2022 | (4) | $0.9600 | $384 | | | | | |
| Lancaster Partner LLC | CVS Jan 20 '23 $115 Call | | | | | 10/4/2022 | (13) | $0.9700 | $1,261 | | | | | |
| Lancaster Partner LLC | CVS Jan 20 '23 $115 Call | | | | | 10/4/2022 | (4) | $0.9700 | $388 | | | | | |
| Lancaster Partner LLC | CVS Jan 20 '23 $115 Call | | | | | 10/4/2022 | (15) | $0.9700 | $1,455 | | | | | |
| Lancaster Partner LLC | CVS Jan 20 '23 $115 Call | | | | | 10/4/2022 | (114) | $0.9700 | $11,058 | | | | | |
| Lancaster Partner LLC | CVS Jan 20 '23 $115 Call | | | | | 10/4/2022 | (10) | $1.2100 | $1,210 | | | | | |
| **Lancaster Partner LLC** | **CVS Jan 20 '23 $115 Call** | | **310** | | **($16,370)** | | **(310)** | | **$27,502** | **0** | **0** | **$0** | **$11,132** | **$11,132** |
| Lancaster Partner LLC | CVS Feb 17 '23 $120 Call | 11/18/2022 | 140 | $0.2400 | ($3,360) | 10/21/2022 | (10) | $0.3300 | $330 | | | | | |
| Lancaster Partner LLC | CVS Feb 17 '23 $120 Call | | | | | 10/21/2022 | (55) | $0.3200 | $1,760 | | | | | |
| Lancaster Partner LLC | CVS Feb 17 '23 $120 Call | | | | | 10/21/2022 | (5) | $0.3100 | $155 | | | | | |
| Lancaster Partner LLC | CVS Feb 17 '23 $120 Call | | | | | 11/18/2022 | (70) | $0.2200 | $1,540 | | | | | |
| **Lancaster Partner LLC** | **CVS Feb 17 '23 $120 Call** | | **140** | | **($3,360)** | | **(140)** | | **$3,785** | **0** | **0** | **$0** | **$425** | **$425** |
| Lancaster Partner LLC | CVS Jan 27 '23 $110 Call | 1/19/2023 | 10 | $0.0100 | ($10) | 12/19/2022 | (150) | $0.0300 | $450 | | | | | |
| Lancaster Partner LLC | CVS Jan 27 '23 $110 Call | 1/20/2023 | 10 | $0.0100 | ($10) | | | | | | | | | |
| Lancaster Partner LLC | CVS Jan 27 '23 $110 Call | 1/30/2023 | 130 | expired | | | | | | | | | | |
| **Lancaster Partner LLC** | **CVS Jan 27 '23 $110 Call** | | **150** | | **($20)** | | **(150)** | | **$450** | **0** | **0** | **$0** | **$430** | **$430** |

*Avg Closing Prices from May 1, 2024 to July 29, 2024