# EXHIBIT C

**CERTIFICATION PURSUANT
TO FEDERAL SECURITIES LAWS**

1.      I, Joseph Herzig, on behalf of Lancaster Partner LLC ("Lancaster Partner"), with authority to bind Lancaster Partner and enter into litigation on Lancaster Partner's behalf, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.      I have reviewed a Complaint against CVS Health Corporation ("CVS").  As a Member of Lancaster Partner, I authorize the filing of a motion on Lancaster Partner's behalf for appointment as lead plaintiff.

3.      Lancaster Partner did not purchase or acquire CVS securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.      Lancaster Partner is willing to serve as a representative party on behalf of a Class of investors who purchased or otherwise acquired CVS securities during the Class Period as specified in the Complaint, including providing testimony at deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.      The attached sheet lists all of Lancaster Partner's transactions in CVS securities during the Class Period as specified in the Complaint.

6.      During the three-year period preceding the date on which this Certification is signed, Lancaster Partner has not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7.      Lancaster Partner agrees not to accept any payment for serving as a representative party on behalf of the Class as set forth in the Complaint, beyond its pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.      I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

**Executed** _9/10/2024_____
         **(Date)**

Signed by:

JOSEPH HERZIG PTR

F0AA3D649BF3402...
         **(Signature)**

**Joseph Herzig**
**Member**
**Lancaster Partner LLC**

**CVS Health Corporation (CVS)**                                        **Lancaster Partner LLC**

### List of Purchases/Acquisitions and Sales

| Transaction Type | Security Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Purchase/Acquisition | Common Stock | 2/9/2022 | 1,000 | $106.6999 |
| Purchase/Acquisition | Common Stock | 2/10/2022 | 5,000 | $105.9400 |
| Purchase/Acquisition | Common Stock | 2/16/2022 | 1,000 | $102.9500 |
| Purchase/Acquisition | Common Stock | 2/17/2022 | 1,000 | $102.7000 |
| Purchase/Acquisition | Common Stock | 2/22/2022 | 3,000 | $102.2500 |
| Purchase/Acquisition | Common Stock | 3/23/2022 | 589 | $106.4100 |
| Purchase/Acquisition | Common Stock | 3/23/2022 | 3,730 | $106.4200 |
| Purchase/Acquisition | Common Stock | 3/23/2022 | 681 | $106.4000 |
| Purchase/Acquisition | Common Stock | 3/29/2022 | 143 | $107.1800 |
| Purchase/Acquisition | Common Stock | 3/29/2022 | 190 | $107.1899 |
| Purchase/Acquisition | Common Stock | 3/29/2022 | 235 | $107.1900 |
| Purchase/Acquisition | Common Stock | 3/29/2022 | 432 | $107.2500 |
| Purchase/Acquisition | Common Stock | 3/29/2022 | 10,000 | $106.9500 |
| Purchase/Acquisition | Common Stock | 3/31/2022 | 1,600 | $101.7699 |
| Purchase/Acquisition | Common Stock | 3/31/2022 | 250 | $101.7156 |
| Purchase/Acquisition | Common Stock | 3/31/2022 | 3,150 | $101.4453 |
| Purchase/Acquisition | Common Stock | 4/14/2022 | 505 | $104.3600 |
| Purchase/Acquisition | Common Stock | 4/14/2022 | 195 | $104.3580 |
| Purchase/Acquisition | Common Stock | 4/14/2022 | 1,300 | $104.3790 |
| Purchase/Acquisition | Common Stock | 4/14/2022 | 1,300 | $104.2885 |
| Purchase/Acquisition | Common Stock | 4/27/2022 | 170 | $101.8308 |
| Purchase/Acquisition | Common Stock | 5/10/2022 | 1,000 | $99.3991 |
| Purchase/Acquisition | Common Stock | 5/10/2022 | 700 | $98.9800 |
| Purchase/Acquisition | Common Stock | 5/17/2022 | 100 | $99.0000 |
| Purchase/Acquisition | Common Stock | 6/29/2022 | 200 | $93.9000 |
| Purchase/Acquisition | Common Stock | 8/11/2022 | 370 | $104.3600 |
| Purchase/Acquisition | Common Stock | 8/11/2022 | 4,246 | $104.3800 |
| Purchase/Acquisition | Common Stock | 8/11/2022 | 384 | $104.3700 |
| Purchase/Acquisition | Common Stock | 8/16/2022 | 212 | $106.9400 |
| Purchase/Acquisition | Common Stock | 8/16/2022 | 21 | $106.9700 |
| Purchase/Acquisition | Common Stock | 8/16/2022 | 6,679 | $106.9900 |
| Purchase/Acquisition | Common Stock | 8/16/2022 | 2,301 | $106.9500 |
| Purchase/Acquisition | Common Stock | 8/16/2022 | 222 | $106.9600 |
| Purchase/Acquisition | Common Stock | 8/16/2022 | 314 | $106.9200 |
| Purchase/Acquisition | Common Stock | 8/16/2022 | 50 | $106.9300 |
| Purchase/Acquisition | Common Stock | 8/16/2022 | 201 | $106.9800 |
| Purchase/Acquisition | Common Stock | 8/24/2022 | 1,000 | $100.4205 |
| Purchase/Acquisition | Common Stock | 8/25/2022 | 2,000 | $101.4500 |
| Purchase/Acquisition | Common Stock | 8/26/2022 | 1,600 | $100.1900 |
| Purchase/Acquisition | Common Stock | 9/23/2022 | 500 | $98.3800 |
| Purchase/Acquisition | Common Stock | 10/4/2022 | 1,000 | $100.4037 |
| Purchase/Acquisition | Common Stock | 10/6/2022 | 1,900 | $99.4250 |
| Purchase/Acquisition | Common Stock | 10/13/2022 | 1,212 | $90.3030 |
| Purchase/Acquisition | Common Stock | 10/13/2022 | 5,000 | $90.2050 |
| Purchase/Acquisition | Common Stock | 11/18/2022 | 20 | $97.3300 |
| Purchase/Acquisition | Common Stock | 11/23/2022 | 5 | $100.0400 |
| Purchase/Acquisition | Common Stock | 11/23/2022 | 50 | $100.0490 |
| Purchase/Acquisition | Common Stock | 11/23/2022 | 1,925 | $100.0499 |
| Purchase/Acquisition | Common Stock | 1/12/2023 | 1,500 | $89.1550 |
| Purchase/Acquisition | Common Stock | 2/13/2023 | 2,000 | $89.5800 |
| Purchase/Acquisition | Common Stock | 5/19/2023 | 264 | $69.2500 |
| Purchase/Acquisition | Common Stock | 5/19/2023 | 1,000 | $69.2500 |
| Purchase/Acquisition | Common Stock | 5/22/2023 | 1,000 | $69.3100 |
| Purchase/Acquisition | Common Stock | 8/17/2023 | 2,950 | $65.9899 |
| Purchase/Acquisition | Common Stock | 2/9/2024 | 400 | $75.3000 |
| Purchase/Acquisition | Common Stock | 2/16/2024 | 1,000 | $77.1700 |
| Purchase/Acquisition | Common Stock | 2/20/2024 | 1,000 | $77.2500 |
| Purchase/Acquisition | Common Stock | 2/21/2024 | 1,000 | $77.1000 |
| Purchase/Acquisition | Common Stock | 2/23/2024 | 2,000 | $77.1500 |
| Purchase/Acquisition | Common Stock | 2/23/2024 | 4,000 | $77.1000 |

**CVS Health Corporation (CVS)**                                                    **Lancaster Partner LLC**

### List of Purchases/Acquisitions and Sales

| Transaction Type | Security Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Purchase/Acquisition | Common Stock | 2/27/2024 | 836 | $76.2500 |
| Purchase/Acquisition | Common Stock | 2/27/2024 | 5,000 | $76.4500 |
| Purchase/Acquisition | Common Stock | 2/28/2024 | 1,164 | $76.0900 |
| Purchase/Acquisition | Common Stock | 2/29/2024 | 500 | $75.2999 |
| Purchase/Acquisition | Common Stock | 2/29/2024 | 2,000 | $75.2999 |
| Purchase/Acquisition | Common Stock | 3/4/2024 | 4,000 | $74.0450 |
| Purchase/Acquisition | Common Stock | 3/5/2024 | 92 | $73.6550 |
| Purchase/Acquisition | Common Stock | 3/5/2024 | 106 | $73.6500 |
| Purchase/Acquisition | Common Stock | 3/5/2024 | 200 | $73.6599 |
| Purchase/Acquisition | Common Stock | 3/5/2024 | 400 | $73.6550 |
| Purchase/Acquisition | Common Stock | 3/5/2024 | 604 | $73.6400 |
| Purchase/Acquisition | Common Stock | 3/5/2024 | 698 | $73.6600 |
| Purchase/Acquisition | Common Stock | 3/5/2024 | 900 | $73.6600 |
| Purchase/Acquisition | Common Stock | 3/11/2024 | 500 | $75.2800 |
| Purchase/Acquisition | Common Stock | 3/12/2024 | 1,000 | $76.0500 |
| Purchase/Acquisition | Common Stock | 3/13/2024 | 3,000 | $75.1700 |
| Purchase/Acquisition | Common Stock | 3/13/2024 | 5,000 | $75.4347 |
| Purchase/Acquisition | Common Stock | 3/18/2024 | 500 | $77.2600 |
| Purchase/Acquisition | Common Stock | 3/18/2024 | 1,000 | $77.1750 |
| Purchase/Acquisition | Common Stock | 3/19/2024 | 5,000 | $78.0800 |
| Purchase/Acquisition | Common Stock | 3/20/2024 | 2,000 | $78.2700 |
| Purchase/Acquisition | Common Stock | 3/20/2024 | 4,000 | $78.0998 |
| Purchase/Acquisition | Common Stock | 3/21/2024 | 10,000 | $78.7900 |
| Purchase/Acquisition | Common Stock | 3/25/2024 | 1,000 | $79.4504 |
| Purchase/Acquisition | Common Stock | 3/27/2024 | 2,000 | $79.5000 |
| Purchase/Acquisition | Common Stock | 3/27/2024 | 3,000 | $79.4500 |
| Purchase/Acquisition | Common Stock | 3/28/2024 | 500 | $79.8900 |
| Purchase/Acquisition | Common Stock | 4/1/2024 | 5,000 | $79.8400 |
| Purchase/Acquisition | Common Stock | 4/24/2024 | 1,500 | $69.0000 |
| Sale | Common Stock | 2/16/2022 | (1,000) | $103.8235 |
| Sale | Common Stock | 2/23/2022 | (100) | $103.2700 |
| Sale | Common Stock | 2/23/2022 | (15) | $103.2800 |
| Sale | Common Stock | 2/23/2022 | (2,885) | $103.2719 |
| Sale | Common Stock | 3/15/2022 | (205) | $106.8400 |
| Sale | Common Stock | 3/15/2022 | (3,128) | $106.8300 |
| Sale | Common Stock | 3/15/2022 | (1,343) | $106.8200 |
| Sale | Common Stock | 3/15/2022 | (324) | $106.8500 |
| Sale | Common Stock | 3/15/2022 | (4,900) | $106.8250 |
| Sale | Common Stock | 3/15/2022 | (2,000) | $106.7319 |
| Sale | Common Stock | 3/21/2022 | (100) | $108.6200 |
| Sale | Common Stock | 3/24/2022 | (5,000) | $106.7800 |
| Sale | Common Stock | 3/30/2022 | (5,000) | $102.8300 |
| Sale | Common Stock | 4/11/2022 | (1,800) | $105.6500 |
| Sale | Common Stock | 4/11/2022 | (100) | $105.7100 |
| Sale | Common Stock | 4/11/2022 | (100) | $105.6600 |
| Sale | Common Stock | 4/14/2022 | (1,300) | $104.6500 |
| Sale | Common Stock | 4/20/2022 | (1,000) | $107.4600 |
| Sale | Common Stock | 7/12/2022 | (170) | $94.7500 |
| Sale | Common Stock | 8/3/2022 | (1,000) | $101.1600 |
| Sale | Common Stock | 8/3/2022 | (700) | $101.3414 |
| Sale | Common Stock | 8/8/2022 | (300) | $102.3363 |
| Sale | Common Stock | 8/11/2022 | (5,000) | $104.4400 |
| Sale | Common Stock | 8/11/2022 | (2,000) | $105.0607 |
| Sale | Common Stock | 8/24/2022 | (656) | $101.2850 |
| Sale | Common Stock | 8/24/2022 | (244) | $101.2800 |
| Sale | Common Stock | 8/24/2022 | (100) | $101.2750 |
| Sale | Common Stock | 8/25/2022 | (2,000) | $101.7400 |
| Sale | Common Stock | 9/7/2022 | (1,600) | $100.5200 |
| Sale | Common Stock | 9/23/2022 | (1,000) | $98.7601 |
| Sale | Common Stock | 10/10/2022 | (1,900) | $87.8701 |

**CVS Health Corporation (CVS)**                                                    **Lancaster Partner LLC**

### List of Purchases/Acquisitions and Sales

| Transaction Type | Security Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Sale | Common Stock | 10/13/2022 | (5,657) | $90.4400 |
| Sale | Common Stock | 10/13/2022 | (306) | $90.4500 |
| Sale | Common Stock | 10/13/2022 | (200) | $90.4600 |
| Sale | Common Stock | 10/13/2022 | (49) | $90.4650 |
| Sale | Common Stock | 11/3/2022 | (500) | $97.5501 |
| Sale | Common Stock | 11/25/2022 | (1,500) | $101.4710 |
| Sale | Common Stock | 1/13/2023 | (1,500) | $90.0702 |
| Sale | Common Stock | 2/13/2023 | (2,000) | $90.1401 |
| Sale | Common Stock | 5/19/2023 | (1,000) | $69.3117 |
| Sale | Common Stock | 5/22/2023 | (1,264) | $69.4300 |
| Sale | Common Stock | 7/6/2023 | (500) | $69.4514 |
| Sale | Common Stock | 8/17/2023 | (3,000) | $66.0501 |
| Sale | Common Stock | 8/17/2023 | (2,950) | $65.3801 |
| Sale | Common Stock | 8/17/2023 | (200) | $66.3618 |
| Sale | Common Stock | 8/17/2023 | (50) | $64.9404 |
| Sale | Common Stock | 10/25/2023 | (750) | $68.4900 |
| Sale | Common Stock | 2/9/2024 | (400) | $75.6800 |
| Sale | Common Stock | 2/21/2024 | (2,000) | $77.2800 |
| Sale | Common Stock | 2/22/2024 | (1,000) | $77.3900 |
| Sale | Common Stock | 2/23/2024 | (2,000) | $77.4500 |
| Sale | Common Stock | 2/26/2024 | (4,000) | $77.9000 |
| Sale | Common Stock | 2/27/2024 | (2,600) | $76.9101 |
| Sale | Common Stock | 2/27/2024 | (1,500) | $76.8518 |
| Sale | Common Stock | 2/27/2024 | (900) | $76.9100 |
| Sale | Common Stock | 3/5/2024 | (4,000) | $74.8801 |
| Sale | Common Stock | 3/5/2024 | (1,000) | $73.7550 |
| Sale | Common Stock | 3/6/2024 | (2,000) | $74.1900 |
| Sale | Common Stock | 3/11/2024 | (2,500) | $75.4600 |
| Sale | Common Stock | 3/11/2024 | (300) | $75.8727 |
| Sale | Common Stock | 3/11/2024 | (200) | $75.8734 |
| Sale | Common Stock | 3/13/2024 | (5,000) | $75.7528 |
| Sale | Common Stock | 3/14/2024 | (1,300) | $75.5600 |
| Sale | Common Stock | 3/14/2024 | (1,164) | $76.1800 |
| Sale | Common Stock | 3/14/2024 | (1,000) | $76.1400 |
| Sale | Common Stock | 3/14/2024 | (1,000) | $75.4200 |
| Sale | Common Stock | 3/14/2024 | (836) | $76.3502 |
| Sale | Common Stock | 3/14/2024 | (358) | $75.5750 |
| Sale | Common Stock | 3/14/2024 | (200) | $75.5701 |
| Sale | Common Stock | 3/14/2024 | (142) | $75.5700 |
| Sale | Common Stock | 3/18/2024 | (1,000) | $77.4525 |
| Sale | Common Stock | 3/19/2024 | (5,000) | $78.7052 |
| Sale | Common Stock | 3/19/2024 | (500) | $77.3543 |
| Sale | Common Stock | 3/20/2024 | (6,000) | $78.5210 |
| Sale | Common Stock | 3/22/2024 | (10,000) | $79.1356 |
| Sale | Common Stock | 3/27/2024 | (1,000) | $79.8000 |
| Sale | Common Stock | 3/28/2024 | (5,000) | $79.9800 |
| Purchase/Acquisition | CVS Apr 01 '22 $107 Call | 2/16/2022 | 10 | $1.7000 |
| Purchase/Acquisition | CVS Apr 14 '22 $110 Call | 3/3/2022 | 80 | $1.2200 |
| Purchase/Acquisition | CVS May 20 '22 $115 Call | 3/8/2022 | 100 | $1.1500 |
| Purchase/Acquisition | CVS May 20 '22 $115 Call | 3/10/2022 | 100 | $1.0500 |
| Purchase/Acquisition | CVS Jun 17 '22 $120 Call | 3/15/2022 | 50 | $1.4700 |
| Purchase/Acquisition | CVS Jun 17 '22 $120 Call | 3/15/2022 | 17 | $1.5000 |
| Purchase/Acquisition | CVS Jun 17 '22 $120 Call | 3/15/2022 | 33 | $1.4400 |
| Purchase/Acquisition | CVS Jun 17 '22 $120 Call | 3/15/2022 | 20 | $1.4800 |
| Purchase/Acquisition | CVS Apr 14 '22 $107 Call | 4/8/2022 | 30 | $1.1500 |
| Purchase/Acquisition | CVS Apr 14 '22 $110 Call | 4/8/2022 | 20 | $0.2700 |
| Purchase/Acquisition | CVS Apr 14 '22 $110 Call | 4/8/2022 | 10 | $0.2600 |
| Purchase/Acquisition | CVS Jun 17 '22 $110 Call | 4/18/2022 | 30 | $1.5800 |
| Purchase/Acquisition | CVS Jun 17 '22 $115 Call | 4/22/2022 | 50 | $0.6800 |

**CVS Health Corporation (CVS)**                                                                   **Lancaster Partner LLC**

**List of Purchases/Acquisitions and Sales**

| Transaction Type | Security Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Purchase/Acquisition | CVS Jun 17 '22 $110 Call | 4/29/2022 | 50 | $0.6500 |
| Purchase/Acquisition | CVS Jun 17 '22 $110 Call | 5/9/2022 | 50 | $0.6000 |
| Purchase/Acquisition | CVS Aug 19 '22 $110 Call | 5/23/2022 | 70 | $0.9000 |
| Purchase/Acquisition | CVS Aug 19 '22 $110 Call | 6/2/2022 | 20 | $0.6300 |
| Purchase/Acquisition | CVS Aug 19 '22 $110 Call | 6/14/2022 | 50 | $0.3200 |
| Purchase/Acquisition | CVS Aug 19 '22 $110 Call | 6/30/2022 | 3 | $0.1700 |
| Purchase/Acquisition | CVS Aug 26 '22 $105 Call | 7/13/2022 | 20 | $0.4300 |
| Purchase/Acquisition | CVS Nov 18 '22 $110 Call | 7/14/2022 | 42 | $0.8100 |
| Purchase/Acquisition | CVS Nov 18 '22 $110 Call | 7/14/2022 | 8 | $0.8000 |
| Purchase/Acquisition | CVS Nov 18 '22 $110 Call | 7/18/2022 | 50 | $1.1000 |
| Purchase/Acquisition | CVS Sep 16 '22 $110 Call | 7/21/2022 | 20 | $0.2500 |
| Purchase/Acquisition | CVS Sep 16 '22 $110 Call | 8/16/2022 | 20 | $0.9900 |
| Purchase/Acquisition | CVS Sep 16 '22 $110 Call | 8/22/2022 | 50 | $0.2200 |
| Purchase/Acquisition | CVS Oct 21 '22 $110 Call | 9/13/2022 | 100 | $0.4500 |
| Purchase/Acquisition | CVS Oct 14 '22 $109 Call | 9/22/2022 | 100 | $0.2000 |
| Purchase/Acquisition | CVS Jan 20 '23 $110 Call | 9/27/2022 | 50 | $1.7500 |
| Purchase/Acquisition | CVS Feb 17 '23 $110 Call | 9/28/2022 | 100 | $2.3500 |
| Purchase/Acquisition | CVS Jan 20 '23 $110 Call | 9/29/2022 | 78 | $1.6000 |
| Purchase/Acquisition | CVS Jan 20 '23 $110 Call | 9/29/2022 | 72 | $1.6000 |
| Purchase/Acquisition | CVS Jan 20 '23 $115 Call | 9/30/2022 | 150 | $0.7500 |
| Purchase/Acquisition | CVS Jan 20 '23 $115 Call | 10/7/2022 | 160 | $0.3200 |
| Purchase/Acquisition | CVS Jan 20 '23 $120 Call | 10/18/2022 | 50 | $0.1600 |
| Purchase/Acquisition | CVS Jan 20 '23 $110 Call | 10/25/2022 | 100 | $0.5500 |
| Purchase/Acquisition | CVS Feb 17 '23 $110 Call | 10/27/2022 | 90 | $1.0000 |
| Purchase/Acquisition | CVS Feb 17 '23 $110 Call | 10/27/2022 | 10 | $1.0000 |
| Purchase/Acquisition | CVS Dec 16 '22 $110 Call | 11/14/2022 | 100 | $0.1900 |
| Purchase/Acquisition | CVS Feb 17 '23 $120 Call | 11/18/2022 | 140 | $0.2400 |
| Purchase/Acquisition | CVS Jan 20 '23 $110 Call | 12/13/2022 | 35 | $0.3600 |
| Purchase/Acquisition | CVS Jan 20 '23 $110 Call | 12/14/2022 | 150 | $0.2600 |
| Purchase/Acquisition | CVS Jan 27 '23 $110 Call | 1/19/2023 | 10 | $0.0100 |
| Purchase/Acquisition | CVS Jan 27 '23 $110 Call | 1/20/2023 | 10 | $0.0100 |
| Purchase/Acquisition | CVS Nov 17 '23 $90 Call | 8/4/2023 | 80 | $0.2400 |
| Sale | CVS Feb 11 '22 $107 Call | 2/10/2022 | (35) | $0.2400 |
| Sale | CVS Feb 11 '22 $107 Call | 2/10/2022 | (15) | $0.2300 |
| Sale | CVS Apr 01 '22 $107 Call | 2/14/2022 | (1) | $1.8000 |
| Sale | CVS Apr 01 '22 $107 Call | 2/15/2022 | (9) | $1.9300 |
| Sale | CVS Apr 14 '22 $110 Call | 3/2/2022 | (30) | $1.4300 |
| Sale | CVS Apr 14 '22 $110 Call | 3/2/2022 | (20) | $1.0000 |
| Sale | CVS May 20 '22 $115 Call | 3/3/2022 | (70) | $1.3900 |
| Sale | CVS Apr 14 '22 $110 Call | 3/3/2022 | (30) | $1.4000 |
| Sale | CVS May 20 '22 $115 Call | 3/4/2022 | (15) | $1.4500 |
| Sale | CVS May 20 '22 $115 Call | 3/4/2022 | (15) | $1.5000 |
| Sale | CVS May 20 '22 $115 Call | 3/9/2022 | (100) | $1.2000 |
| Sale | CVS Jun 17 '22 $120 Call | 3/10/2022 | (120) | $0.8500 |
| Sale | CVS Jun 17 '22 $110 Call | 4/4/2022 | (50) | $0.7400 |
| Sale | CVS Apr 14 '22 $107 Call | 4/8/2022 | (30) | $1.3000 |
| Sale | CVS Apr 14 '22 $110 Call | 4/8/2022 | (30) | $0.2700 |
| Sale | CVS Jun 17 '22 $110 Call | 4/18/2022 | (30) | $1.8000 |
| Sale | CVS Jun 17 '22 $115 Call | 4/19/2022 | (40) | $0.6800 |
| Sale | CVS Jun 17 '22 $115 Call | 4/20/2022 | (5) | $0.7800 |
| Sale | CVS Jun 17 '22 $115 Call | 4/20/2022 | (5) | $0.7700 |
| Sale | CVS Jun 17 '22 $110 Call | 5/6/2022 | (50) | $0.7400 |
| Sale | CVS Aug 19 '22 $110 Call | 5/20/2022 | (50) | $0.9600 |
| Sale | CVS Aug 19 '22 $110 Call | 5/20/2022 | (20) | $0.9300 |
| Sale | CVS Aug 19 '22 $110 Call | 6/1/2022 | (20) | $0.6800 |
| Sale | CVS Aug 19 '22 $110 Call | 6/9/2022 | (50) | $0.4100 |
| Sale | CVS Aug 19 '22 $110 Call | 6/29/2022 | (3) | $0.3000 |
| Sale | CVS Nov 18 '22 $110 Call | 7/8/2022 | (50) | $1.0600 |
| Sale | CVS Aug 26 '22 $105 Call | 7/12/2022 | (20) | $0.5400 |
| Sale | CVS Nov 18 '22 $110 Call | 7/15/2022 | (50) | $1.1500 |

**CVS Health Corporation (CVS)**                                                    **Lancaster Partner LLC**

**List of Purchases/Acquisitions and Sales**

| Transaction Type | Security Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Sale | CVS Sep 16 '22 $110 Call | 7/19/2022 | (20) | $0.3300 |
| Sale | CVS Sep 16 '22 $110 Call | 7/22/2022 | (50) | $0.2500 |
| Sale | CVS Sep 16 '22 $110 Call | 8/15/2022 | (20) | $1.1200 |
| Sale | CVS Oct 21 '22 $110 Call | 9/8/2022 | (100) | $0.5100 |
| Sale | CVS Oct 14 '22 $109 Call | 9/14/2022 | (100) | $0.3200 |
| Sale | CVS Feb 17 '23 $110 Call | 9/23/2022 | (67) | $2.4400 |
| Sale | CVS Feb 17 '23 $110 Call | 9/23/2022 | (33) | $2.3600 |
| Sale | CVS Jan 20 '23 $110 Call | 9/27/2022 | (40) | $1.9400 |
| Sale | CVS Jan 20 '23 $110 Call | 9/27/2022 | (10) | $1.9200 |
| Sale | CVS Jan 20 '23 $110 Call | 9/28/2022 | (150) | $1.8500 |
| Sale | CVS Jan 20 '23 $115 Call | 9/30/2022 | (48) | $0.7800 |
| Sale | CVS Jan 20 '23 $115 Call | 9/30/2022 | (32) | $0.7900 |
| Sale | CVS Jan 20 '23 $115 Call | 9/30/2022 | (21) | $0.7800 |
| Sale | CVS Jan 20 '23 $115 Call | 9/30/2022 | (17) | $0.7800 |
| Sale | CVS Jan 20 '23 $115 Call | 9/30/2022 | (8) | $0.7800 |
| Sale | CVS Jan 20 '23 $115 Call | 9/30/2022 | (7) | $0.7900 |
| Sale | CVS Jan 20 '23 $115 Call | 9/30/2022 | (6) | $0.7800 |
| Sale | CVS Jan 20 '23 $115 Call | 9/30/2022 | (5) | $0.7900 |
| Sale | CVS Jan 20 '23 $115 Call | 9/30/2022 | (4) | $0.7800 |
| Sale | CVS Jan 20 '23 $115 Call | 9/30/2022 | (2) | $0.7900 |
| Sale | CVS Jan 20 '23 $115 Call | 10/4/2022 | (114) | $0.9700 |
| Sale | CVS Jan 20 '23 $115 Call | 10/4/2022 | (15) | $0.9700 |
| Sale | CVS Jan 20 '23 $115 Call | 10/4/2022 | (13) | $0.9700 |
| Sale | CVS Jan 20 '23 $115 Call | 10/4/2022 | (10) | $1.2100 |
| Sale | CVS Jan 20 '23 $115 Call | 10/4/2022 | (4) | $0.9600 |
| Sale | CVS Jan 20 '23 $115 Call | 10/4/2022 | (4) | $0.9700 |
| Sale | CVS Jan 20 '23 $120 Call | 10/12/2022 | (50) | $0.1900 |
| Sale | CVS Feb 17 '23 $120 Call | 10/21/2022 | (55) | $0.3200 |
| Sale | CVS Jan 20 '23 $110 Call | 10/21/2022 | (45) | $0.5700 |
| Sale | CVS Jan 20 '23 $110 Call | 10/21/2022 | (36) | $0.5700 |
| Sale | CVS Jan 20 '23 $110 Call | 10/21/2022 | (15) | $0.5700 |
| Sale | CVS Feb 17 '23 $120 Call | 10/21/2022 | (10) | $0.3300 |
| Sale | CVS Feb 17 '23 $120 Call | 10/21/2022 | (5) | $0.3100 |
| Sale | CVS Jan 20 '23 $110 Call | 10/21/2022 | (4) | $0.5700 |
| Sale | CVS Feb 17 '23 $110 Call | 10/26/2022 | (100) | $1.0400 |
| Sale | CVS Dec 16 '22 $110 Call | 10/28/2022 | (100) | $0.2700 |
| Sale | CVS Feb 17 '23 $120 Call | 11/18/2022 | (70) | $0.2200 |
| Sale | CVS Jan 20 '23 $110 Call | 11/18/2022 | (49) | $0.3300 |
| Sale | CVS Jan 20 '23 $110 Call | 11/18/2022 | (24) | $0.3300 |
| Sale | CVS Jan 20 '23 $110 Call | 11/18/2022 | (16) | $0.3300 |
| Sale | CVS Jan 20 '23 $110 Call | 11/18/2022 | (14) | $0.3300 |
| Sale | CVS Jan 20 '23 $110 Call | 11/18/2022 | (14) | $0.3300 |
| Sale | CVS Jan 20 '23 $110 Call | 11/18/2022 | (13) | $0.3300 |
| Sale | CVS Jan 20 '23 $110 Call | 11/18/2022 | (13) | $0.3300 |
| Sale | CVS Jan 20 '23 $110 Call | 11/18/2022 | (5) | $0.3300 |
| Sale | CVS Jan 20 '23 $110 Call | 11/18/2022 | (2) | $0.3300 |
| Sale | CVS Jan 20 '23 $110 Call | 12/7/2022 | (35) | $0.5000 |
| Sale | CVS Jan 27 '23 $110 Call | 12/19/2022 | (150) | $0.0300 |
| Sale | CVS Nov 17 '23 $90 Call | 7/18/2023 | (80) | $0.2500 |