# EXHIBIT D

**DECLARATION IN SUPPORT OF LEAD PLAINTIFF MOTION**

I, the undersigned, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I, Joseph Herzig, am a Member of Lancaster Partner LLC ("Lancaster Partner"), with authority to bind Lancaster Partner and enter into litigation on its behalf. In my capacity as Member of Lancaster Partner, I respectfully submit this Declaration in support of Lancaster Partner's motion for appointment as Lead Plaintiff and approval of Lancaster Partner's selection of Pomerantz LLP ("Pomerantz") and the Schall Law Firm ("Schall") as Co-Lead Counsel in the instant class action on behalf of investors in the securities of CVS Health Corporation ("CVS") pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). I am informed of and understand the requirements and duties imposed by the PSLRA. I have personal knowledge about the information in this Declaration.

2. I, Joseph Herzig, will be the primary contact for Lancaster Partner in this litigation. I live in Syosset, New York. I have a master's degree in business and am the general manager of a credit union. I am 46 years old and have been investing in the securities markets for approximately 5 years. As reflected in the Certification I signed on behalf of Lancaster Partner, Lancaster Partner purchased CVS securities during the Class Period and suffered substantial losses as a result of the violations of the federal securities laws alleged in this action.

3. I have discussed this case with my counsel. Accordingly, I am aware of the current status of this litigation. I understand that in addition to Lancaster Partner, other investors in CVS securities may file motions seeking appointment as Lead Plaintiff in this action. I understand that on September 10, 2024, Pomerantz and Schall will file a memorandum of law in support of Lancaster Partner's motion for appointment as Lead Plaintiff. I understand that this Declaration and other supporting submissions prepared by Pomerantz and Schall will be filed concurrently

with the memorandum of law. I understand that the Lead Plaintiff role includes evaluating the strengths and weaknesses of the case and prospects for resolution of this matter. I understand that it is the Lead Plaintiff's responsibility to direct counsel with respect to this litigation, after receiving the benefit of counsel's advice. As Member of Lancaster Partner, I approved Pomerantz and Schall as Lancaster Partner's choice of Co-Lead Counsel in this litigation and approved the filing of a motion on behalf of Lancaster Partner seeking Lancaster Partner's appointment as Lead Plaintiff.

4.      I attest to, among other things, my belief in the merits of this action; my desire to achieve the best possible result for the Class; my interest in prosecuting this case; my understanding of the fiduciary obligations of a Lead Plaintiff appointed pursuant to the PSLRA; and my preparedness to supervise counsel, as well as undertake all actions necessary to ensure that the Class's claims will be zealously and efficiently litigated.

5.      Given Lancaster Partner's significant financial interest in the claims against the defendants, Lancaster Partner is strongly motivated to recover the significant losses that it and the Class suffered as a result of defendants' violations of the federal securities laws. The principal goal of Lancaster Partner in seeking to serve as Lead Plaintiff in this case is to achieve the best possible recovery for the Class from all culpable parties. Lancaster Partner is committed to ensuring this litigation is litigated as zealously and efficiently as possible, in accordance with its duties under the PSLRA.

6.      If Lancaster Partner is appointed Lead Plaintiff, I, as Member of Lancaster Partner, will satisfy my fiduciary obligations to the Class by, among other steps, conferring with counsel regarding litigation strategy and other matters, attending court proceedings, depositions, any settlement mediations, and hearings as needed, and reviewing and authorizing the filing of

important litigation documents.  Through these and other measures, I will ensure that the CVS securities litigation will be vigorously prosecuted consistent with the obligations of a Lead Plaintiff under the PSLRA and in the best interests of the Class, and will seek to obtain the greatest possible recovery for the Class.

7.      After reviewing the allegations pleaded in the complaint, and consulting with Lancaster Partner's counsel, I determined to seek Lancaster Partner's appointment as Lead Plaintiff, and subsequently approved the filing of a motion on behalf of Lancaster Partner seeking Lancaster Partner's appointment as Lead Plaintiff.  I agree that Lancaster Partner's resources, as well as my ability to engage in decision-making on behalf of Lancaster Partner, as Member of Lancaster Partner, will materially benefit and advance the interests of the Class in this case.

8.      I understand that the Lead Plaintiff's share of any recovery is the same as every other potential Class member.  As stated in its Certification, Lancaster Partner will not accept any payment for serving as a representative party beyond its *pro rata* share, except any reasonable costs and expenses directly related to the Class representation, as ordered or approved by the Court pursuant to the PSLRA.

9.      I understand that the PSLRA and courts throughout the country, including courts in this District, have endorsed the appointment of investors to serve as Lead Plaintiff when investors establish that they can oversee the litigation and their proposed Lead Counsel in an independent manner.  Lancaster Partner intends to prosecute this litigation in such an independent and vigorous manner.

10.      I also understand and appreciate the Lead Plaintiff's obligation under the PSLRA to select Lead Counsel and to monitor the action to ensure it is prosecuted efficiently.  Lancaster Partner has fulfilled this responsibility by selecting and retaining Co-Lead Counsel with proven

histories of handling this type of complex litigation.  In this case, Lancaster Partner has selected Pomerantz and Schall to serve as Co-Lead Counsel.  Based on Pomerantz and Schall's experience in achieving substantial recoveries in securities class actions, I believe that the firms are well-qualified to represent the Class.

11.    Pomerantz and Schall have been directed to prosecute this action in an efficient, cost-effective manner while obtaining the best possible result for the Class.  I will continue to supervise counsel, as well as actively oversee the prosecution of the action for the benefit of the Class, by, among other things, reviewing pleadings, instructing counsel, and/or attending hearings, as necessary.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct to the best of my knowledge.

Executed on ___9/10/2024___.

Signed by:

JOSEPH HERZIG PTR

F0AA3D649BF3402...

Joseph Herzig
Member
Lancaster Partner LLC