UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IVY NIXON, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CVS HEALTH CORPORATION, KAREN S. LYNCH, SHAWN M. GUERTIN, and THOMAS F. COWHEY, <br><br> Defendants. | Case No.  1:24-cv-05303-MMG |
| ORLANDO TATONE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CVS HEALTH CORPORATION, KAREN S. LYNCH, SHAWN M. GUERTIN, and THOMAS F. COWHEY, <br><br> Defendants. | Case No.  1:24-cv-06771-MMG |

NOTICE OF NON-OPPOSITION TO COMPETING MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL

**TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD**

On September 10, 2024, Lancaster Partner LLC ("Lancaster Partner") filed a motion, pursuant to Federal Rule of Civil Procedure 42 and Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for the entry of an Order: (1) consolidating the above-captioned related actions; (2) appointing Lancaster Partner as Lead Plaintiff on behalf of a class (the "Class") consisting of all persons who purchased or otherwise acquired CVS Health Corporation securities between February 9, 2022 and April 30, 2024, inclusive; and (3) approving proposed Lead Plaintiff's selection of Pomerantz LLP and the Schall Law Firm as Co-Lead Counsel for the Class. Dkt. No. 17.

Having reviewed the competing motions before the Court, it appears that Lancaster Partner does not have the "largest financial interest" in this litigation within the meaning of the PSLRA. This statement of non-opposition shall have no impact on Lancaster Partner's membership in the proposed Class or its right to share in any recovery obtained for the benefit of Class members.

Dated:  September 24, 2024

Respectfully submitted,

POMERANTZ LLP

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
J. Alexander Hood II
Thomas H. Przybylowski
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
ahood@pomlaw.com
tprzybylowski@pomlaw.com

1

*Counsel for Lancaster Partner LLC*

THE SCHALL FIRM
Brian Schall
Brian R. England
2049 Century Park East, Ste. 2460
Los Angeles, CA 90067
Telephone: 310-301-3335
brian@schallfirm.com
Briane@schallfirm.com

*Counsel for Lancaster Partner LLC*

2