## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IVY NIXON, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  v.<br><br>CVS HEALTH CORPORATION, KAREN S. LYNCH, SHAWN GUERTIN, and THOMAS F. COWHEY,<br><br>      Defendants. | Case No. 1:24-cv-05303-MMG<br><br>**JOINT STIPULATION AND ORDER REGARDING WAIVER OF SERVICE AND DEADLINES FOR FILING AMENDED COMPLAINT AND RESPONSES THERETO** |

Lead Plaintiffs Louisiana Sheriffs' Pension & Relief Fund, Southeastern Pennsylvania Transportation Authority, and City of Miami Fire Fighters' and Police Officers' Retirement Trust (collectively, "Lead Plaintiffs"), and CVS Health Corporation, Karen S. Lynch, Shawn M. Guertin, and Thomas F. Cowhey ("Defendants" and, together with Lead Plaintiffs, the "Parties"), through their undersigned counsel of record, hereby stipulate and agree as follows:

**WHEREAS**, on July 12, 2024, Ivy Nixon filed a securities class action alleging violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder, 17 C.F.R. § 240.10b-5, against Defendants, captioned *Nixon v. CVS Health Corporation*, No. 1:24-cv-05303-MMG (ECF No. 1);

**WHEREAS**, on September 6, 2024, Orlando Tatone filed a securities class action alleging violations of Sections 10(b) and 20(a) of the Exchange Act and Rule 10b-5 promulgated thereunder, 17 C.F.R. § 240.10b-5, against Defendants, captioned *Tatone v. CVS Health Corporation*, No. 1:24-cv-06771-MMG (ECF No. 1);

**WHEREAS**, on September 10, 2024, pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), Lead Plaintiffs filed a motion seeking appointment as lead plaintiffs

and approval of their selection of lead counsel in the above-captioned action (ECF Nos. 15-16);

**WHEREAS**, on October 25, 2024, the Court consolidated *Nixon v. CVS Health Corporation*, No. 1:24-cv-05303-MMG, and *Tatone v. CVS Health Corporation*, No. 1:24-cv-06771-MMG, under the above-captioned action (ECF No. 32);

**WHEREAS**, on December 5, 2024, the Court appointed Lead Plaintiffs as lead plaintiffs and approved Lead Plaintiffs' selection of Bernstein Litowitz Berger & Grossmann LLP and Bleichmar Fonti & Auld LLP as Lead Counsel, and ordered that, within fourteen (14) days, the Parties shall jointly submit a proposed schedule for filing any amended complaint, Defendants' answer, opposition, or response thereto, and, if necessary, deadlines for oppositions and replies for any contemplated motions to dismiss (ECF No. 33);

**WHEREAS**, Lead Plaintiffs intend to file an amended complaint; and

**WHEREAS**, the Parties in the above-captioned action have conferred and agreed regarding waiver of service and to adopt a schedule for Lead Plaintiffs to file their amended complaint and for Defendants' response(s) thereto.

**NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE**, by and through their undersigned counsel, as follows:

1. Upon filing in the above-captioned case, Defendants will be deemed to accept service of Lead Plaintiffs' forthcoming amended complaint, without waiver of any defenses, objections, or arguments, except as to sufficiency of service.

2. Lead Plaintiffs shall file their forthcoming amended complaint on or before March 4, 2025.

3. Defendants shall answer, move, or otherwise respond to the amended complaint on or before May 9, 2025.

4.    Should Defendants move to dismiss the amended complaint, Lead Plaintiffs shall file their opposition(s) on or before July 11, 2025.

5.    Defendants shall file their reply or replies on or before August 25, 2025.

6.    All electronic signatures ("/s/") are signed with consent of counsel pursuant to Rule 8.5 of this Court's Electronic Case Filing Rules & Instructions updated as of July 24, 2023.

Given the unusually generous timing of the parties' schedule, the parties are advised that no extensions of the deadlines established through this Order will be granted, absent compelling circumstances that could not have been expected as of the date of this Order.

Dated: December 18, 2024

**BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP**

By: */s/ Katherine M. Sinderson*
Salvatore Graziano
Hannah G. Ross
Katherine M. Sinderson
Abe Alexander
Jonathan G. D'Errico
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444
salvatore@blbglaw.com
hannah@blbglaw.com
katiem@blbglaw.com
abe.alexander@blbglaw.com
jonathan.derrico@blbglaw.com

**BLEICHMAR FONTI & AULD LLP**

By: */s/ George N. Bauer*
Javier Bleichmar
Erin H. Woods
George N. Bauer
300 Park Avenue, Suite 1301
New York, New York 10022
(212) 789-1341
jbleichmar@bfalaw.com
ewoods@bfalaw.com
gbauer@bfalaw.com

-and-

Evan A. Kubota
75 Virginia Road
White Plains, New York 10603
ekubota@bfalaw.com

*Co-Lead Counsel for Lead Plaintiffs Louisiana
Sheriffs' Pension & Relief Fund, Southeastern
Pennsylvania Transportation Authority, and
City of Miami Fire Fighters' and Police
Officers' Retirement Trust*

**WACHTELL, LIPTON, ROSEN & KATZ**

By: */s/ William Savitt*
William Savitt
Lauren M. Kofke
51 West 52nd Street
New York, New York 10019
Tel: (212) 403-1000
Fax: (212) 403-2000
wdsavitt@wlrk.com
lmkofke@wlrk.com

*Counsel for Defendants CVS Health
Corporation, Karen S. Lynch, Shawn M.
Guertin, and Thomas F. Cowhey*

**KLAUSNER, KAUFMAN, JENSEN & LEVINSON**
Robert D. Klausner
Stuart A. Kaufman
7080 Northwest 4th Street
Plantation, Florida 33317
Telephone: (954) 916-1202
Facsimile: (954) 916-1232
bob@robertdklausner.com
stu@robertdklausner.com

*Additional Counsel for Louisiana Sheriffs'*
*Pension & Relief Fund and City of Miami Fire*
*Fighters' & Police Officers' Retirement Trust*

**KEHOE LAW FIRM, P.C.**
John A. Kehoe
2001 Market Street
Suite 2500
Philadelphia, Pennsylvania 19103
Telephone: (215) 992-6676
jkehoe@kehoelawfirm.com

*Additional Counsel for Southeastern*
*Pennsylvania Transportation Authority*

**IT IS SO ORDERED.**

DATED: ___December 19_____, 2024    _____

Honorable Margaret M. Garnett
United States District Judge