WACHTELL, LIPTON, ROSEN & KATZ

MARTIN LIPTON
HERBERT M. WACHTELL
EDWARD D. HERLIHY
DANIEL A. NEFF
STEVEN A. ROSENBLUM
SCOTT K. CHARLES
JODI J. SCHWARTZ
ADAM O. EMMERICH
RALPH M. LEVENE
ROBIN PANOVKA
DAVID A. KATZ
ILENE KNABLE GOTTS
ANDREW J. NUSSBAUM
RACHELLE SILVERBERG
STEVEN A. COHEN
DEBORAH L. PAUL
DAVID C. KARP
RICHARD K. KIM
JOSHUA R. CAMMAKER
MARK GORDON
JEANNEMARIE O'BRIEN

STEPHEN R. DiPRIMA
NICHOLAS G. DEMMO
IGOR KIRMAN
JONATHAN M. MOSES
T. EIKO STANGE
WILLIAM SAVITT
GREGORY E. OSTLING
DAVID B. ANDERS
ADAM J. SHAPIRO
NELSON O. FITTS
JOSHUA M. HOLMES
DAMIAN G. DIDDEN
IAN BOCZKO
MATTHEW M. GUEST
DAVID E. KAHAN
DAVID K. LAM
BENJAMIN M. ROTH
JOSHUA A. FELTMAN
ELAINE P. GOLIN
EMIL A. KLEINHAUS
KARESSA L. CAIN

**51 WEST 52ND STREET**
**NEW YORK, N.Y. 10019-6150**

TELEPHONE: (212) 403-1000
FACSIMILE:  (212) 403-2000

GEORGE A. KATZ (1965-1989)
JAMES H. FOGELSON (1967-1991)
LEONARD M. ROSEN (1965-2014)

OF COUNSEL

DAVID M. ADLERSTEIN
ANDREW R. BROWNSTEIN
WAYNE M. CARLIN
BEN M. GERMANA
SELWYN B. GOLDBERG
PETER C. HEIN
JB KELLY
JOSEPH D. LARSON
RICHARD G. MASON
PHILIP MINDLIN
THEODORE N. MIRVIS
DAVID S. NEILL
TREVOR S. NORWITZ

ERIC S. ROBINSON
ERIC M. ROSOF
JOHN F. SAVARESE
MICHAEL J. SEGAL
WON S. SHIN
DAVID M. SILK
ELLIOTT V. STEIN
LEO E. STRINE, JR.*
PAUL VIZCARRONDO, JR.
JEFFREY M. WINTNER
AMY R. WOLF
MARC WOLINSKY

* ADMITTED IN DELAWARE

COUNSEL

SUMITA AHUJA
HEATHER D. CASTEEL
FRANCO CASTELLI
ANDREW J.H. CHEUNG
PAMELA EHRENKRANZ
ALINE R. FLODR
KATHRYN GETTLES-ATWA
LEDINA GOCAJ
ADAM M. GOGOLAK

ANGELA K. HERRING
MICHAEL W. HOLT
DONGHWA KIM
MARK A. KOENIG
J. AUSTIN LYONS
ALICIA C. McCARTHY
JUSTIN R. ORR
NEIL M. SNYDER
JEFFREY A. WATIKER

RONALD C. CHEN
BRADLEY R. WILSON
GRAHAM W. MELI
GREGORY E. PESSIN
CARRIE M. REILLY
MARK F. VEBLEN
SARAH K. EDDY
VICTOR GOLDFELD
RANDALL W. JACKSON
BRANDON C. PRICE
KEVIN S. SCHWARTZ
MICHAEL S. BENN
ALISON Z. PREISS
TIJANA J. DVORNIC
JENNA E. LEVINE
RYAN A. McLEOD
ANITHA REDDY
JOHN L. ROBINSON
STEVEN WINTER
EMILY D. JOHNSON
JACOB A. KLING

RAAJ S. NARAYAN
VIKTOR SAPEZHNIKOV
MICHAEL J. SCHOBEL
ELINA TETELBAUM
ERICA E. AHO
LAUREN M. KOFKE
ZACHARY S. PODOLSKY
RACHEL B. REISBERG
MARK A. STAGLIANO
CYNTHIA FERNANDEZ
   LUMERMANN
CHRISTINA C. MA
NOAH B. YAVITZ
BENJAMIN S. ARFA
NATHANIEL D. CULLERTON
ERIC M. FEINSTEIN
ADAM L. GOODMAN
STEVEN R. GREEN
MENG LU

DIRECT DIAL: (212) 403-1329
DIRECT FAX: (212) 403-2329
E-MAIL: WDSavitt@wlrk.com

April 25, 2025

Via ECF

Hon. Margaret M. Garnett, U.S.D.J.
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 906
New York, New York  10007

Re:    *Nixon* v. *CVS Health Corporation, et al.*,
       24-CV-05303-MMG

Dear Judge Garnett:

We represent Defendants CVS Health Corporation ("CVS"), Karen S. Lynch, Shawn M. Guertin, Brian A. Kane, and Thomas F. Cowhey in the above-referenced action.  Under the stipulated briefing schedule adopted by the Court, Defendants' motion(s) to dismiss the Amended Complaint (ECF No. 43) (the "Complaint") are due by May 9, 2025.  ECF No. 42, ¶ 3. In accordance with Your Honor's Individual Rules & Practices II(B)(4) and Local Civil Rule 7.1(d), we write to request permission to file a single opening brief on behalf of all five Defendants of up to 13,500 words and a reply brief of up to 5,400 words.

WACHTELL, LIPTON, ROSEN & KATZ

Hon. Margaret M. Garnett, U.S.D.J.
April 25, 2025
Page 2

Defendants intend to move for dismissal on the grounds that the Complaint fails to state any claim under the securities laws and fails to meet the heightened pleading requirements of the Private Securities Litigation Reform Act ("PSLRA"). To adequately address Plaintiffs' claims and allegations raised in the lengthy Complaint and to facilitate an efficient presentation of the issues to the Court, we respectfully request this expansion of the word limits.

The Complaint is 90 pages, 258 paragraphs, and over 25,800 words. It asserts violations of federal securities laws (under Sections 10(b) and 20(a) of the Exchange Act) against CVS and four Individual Defendants. The Complaint challenges multiple public statements over a two-year period concerning three topics: CVS's compliance with Medicare regulations and use of artificial intelligence (*see* Compl. ¶¶ 200-10); the sources of the success of CVS's Health Care Benefits business (*see id.* ¶¶ 211-20); and financial guidance for the Health Care Benefits business (*see id.* ¶¶ 221-31). Plaintiffs purport to assert 11 separate categories of allegations in support of scienter, *see id.* ¶¶ 162-98, and allege statements from five anonymous witnesses and an anonymous "expert" consultant. *See id.* ¶¶ 89-101, 103-04, 137-47, 163-66, 181-84. In addition, Plaintiffs' Complaint rests on the theory that the challenged statements were misleading due to CVS's alleged violation of Medicare regulations, which will require Defendants to address the complex regulatory background related to Medicare Advantage plans.

Courts routinely allow briefing of comparable length for motions to dismiss securities class action complaints. *See, e.g.*, *Lokman* v. *Azure Power Global Ltd., et al.*, No. 22-cv-07432, ECF No. 101 (S.D.N.Y.) (granting 60 pages and 15 pages for two opening briefs responding to 107-page complaint, or 24,375 total words assuming 325 words per page); *Damri* v. *LivePerson, Inc., et al.*, No. 23-cv-10517, ECF No. 29 (S.D.N.Y.) (granting 45 pages for opening brief responding to 88-page complaint, or 14,625 words assuming 325 words per page); *In re Nokia Corp. Sec. Litig.*, No. 19-cv-03509, ECF No. 60 (S.D.N.Y.) (granting 40 pages for opening brief responding to 64-page complaint, which would translate to 56 pages for a 90-page complaint, or 18,200 words assuming 325 words per page); *In re Sprinklr, Inc. Sec. Litig.*, No. 24-cv-06132, ECF No. 44 (S.D.N.Y.) (granting 10,500 words for opening brief responding to 60-page complaint, which would translate to 15,750 words for a 90-page complaint); *In re Eastman Kodak Co. Sec. Litig.*, No. 21-cv-06418, ECF No. 156 (W.D.N.Y.) (granting 75 pages for opening brief responding to 66-page complaint, or 24,375 words assuming 325 words per page).

In addition, unlike a typical motion to dismiss under Rule 12(b)(6), Plaintiffs' claims are governed by the heightened pleading standards of Rule 9(b) and the PSLRA. The PSLRA requires Plaintiffs to "specify each statement alleged to have been misleading [and] the reason or reasons why the statement is misleading," and "state with particularity facts giving rise to a strong inference" of scienter. 15 U.S.C. § 78u-4(b)(1), (b)(2)(A). The Court must also weigh "not only inferences urged by the plaintiff … but also competing inferences rationally drawn from the facts alleged." *Tellabs, Inc.* v. *Makor Issues & Rts., Ltd.*, 551 U.S. 308, 314 (2007). This requires Defendants to address the surrounding context of the challenged statements, the sufficiency of the 11 categories of scienter allegations with respect to each Defendant, whether Plaintiffs' factual allegations meet PSLRA particularity requirements, case law concerning

WACHTELL, LIPTON, ROSEN & KATZ

Hon. Margaret M. Garnett, U.S.D.J.
April 25, 2025
Page 3

application of the PSLRA to each of the six anonymous sources, and competing inferences that may be drawn from the facts alleged, among other issues.

Defendants believe that a single opening brief on behalf of all five Defendants with the additional word count serves judicial economy and will be most useful to the Court in its evaluation of the grounds for Defendants' motion to dismiss.

We conferred with Plaintiffs and they declined to consent to this request, although they informed us that they would agree to 11,000 and 4,500 words. We do not believe that Plaintiffs' proposal would be sufficient for Defendants to fully present their arguments and legal grounds for dismissal. We have no objection to Plaintiffs being permitted to file an opposition brief of the same length as Defendants' opening brief.

We appreciate the Court's consideration of this matter, and are available at the Court's convenience should Your Honor have any questions.

Respectfully submitted,

WACHTELL, LIPTON, ROSEN & KATZ

/s/ William Savitt
William Savitt
Lauren M. Kofke
51 West 52nd Street
New York, New York 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000
wdsavitt@wlrk.com
lmkofke@wlrk.com

Attorneys for Defendants

cc:    All counsel of record (via ECF)

Application GRANTED. It is hereby ORDERED that: (1) Defendants shall have leave to file one consolidated brief in support of their anticipated motion to dismiss, not to exceed 13,500 words; (2) Plaintiffs shall similarly have leave to file one consolidated brief in opposition to Defendants' motion to dismiss, not to exceed 13,500 words; and (3) Defendants shall have leave to file a reply brief in support of their motion to dismiss, not to exceed 5,400 words. The Clerk of Court is respectfully directed to terminate Dkt. No. 49.

SO ORDERED. Date: 4/28/2025.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE