UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IVY NIXON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CVS HEALTH CORPORATION, KAREN S. LYNCH, SHAWN M. GUERTIN, BRIAN A. KANE, and THOMAS F. COWHEY,<br><br>Defendants. | Case No. 1:24-cv-05303-MMG<br><br>CLASS ACTION |

**NOTICE OF DEFENDANTS' MOTION TO DISMISS
THE AMENDED CONSOLIDATED COMPLAINT**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law dated May 9, 2025, the Declaration of Emma S. Stein dated May 9, 2025 and the exhibits thereto, and upon all prior pleadings and proceedings had herein, Defendants CVS Health Corporation, Karen S. Lynch, Shawn M. Guertin, Brian A. Kane, and Thomas F. Cowhey, by and through undersigned counsel, respectfully move this Court, before the Honorable Margaret M. Garnett, under Federal Rules of Civil Procedure 8(a), 9(b), and 12(b)(6) and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §§ 78u-4, 78u-5, for the reasons set forth in the accompanying Memorandum of Law, for an Order dismissing Lead Plaintiffs' Amended Consolidated Complaint (ECF No. 43) in full and with prejudice for failure to state a claim, and granting such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that, in accordance with this Court's Order dated December 19, 2024 (ECF No. 42), Lead Plaintiffs' opposition(s) shall be filed on or before July 11, 2025, and Defendants' reply shall be filed on or before August 25, 2025.

|  |  |
|---|---|
| Dated: May 9, 2025 | **WACHTELL, LIPTON, ROSEN & KATZ**<br><br>/s/ *William Savitt*<br>William Savitt<br>Lauren M. Kofke<br>Emma S. Stein<br>51 West 52nd Street<br>New York, New York 10019<br>Tel: (212) 403-1000<br>Fax: (212) 403-2000<br>wdsavitt@wlrk.com<br>lmkofke@wlrk.com<br>esstein@wlrk.com<br><br>*Counsel for Defendants CVS Health Corporation, Karen S. Lynch, Shawn M. Guertin, Brian A. Kane, and Thomas F. Cowhey* |

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 9, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will give notice of such filing to all counsel of record.

      */s/ William Savitt*
      William Savitt