UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IVY NIXON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CVS HEALTH CORPORATION, KAREN S. LYNCH, SHAWN M. GUERTIN, BRIAN A. KANE, and THOMAS F. COWHEY,<br><br>Defendants. | Case No. 1:24-cv-05303-MMG<br><br>CLASS ACTION |

**DECLARATION OF EMMA S. STEIN ACCOMPANYING DEFENDANTS' REPLY MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO DISMISS THE AMENDED CONSOLIDATED COMPLAINT**

I, Emma S. Stein, pursuant to 28 U.S.C. § 1746, declare and state as follows:

1. I am an associate of the law firm Wachtell, Lipton, Rosen & Katz, and am one of the attorneys for Defendants CVS Health Corporation ("CVS"), Karen S. Lynch, Shawn M. Guertin, Brian A. Kane, and Thomas F. Cowhey in the above-captioned proceeding. Accordingly, I am familiar with the facts of this case and the document attached hereto. As an attorney admitted to practice before this Court, I respectfully submit this declaration to provide the Court with a copy of the document identified below, which is referenced in Defendants' Reply Memorandum of Law in Support of Their Motion to Dismiss the Amended Consolidated Complaint.

2. Annexed hereto as **Exhibit 40** is a true and correct copy of Chapter 4 of the Medicare Managed Care Manual issued by CMS on April 22, 2016, publicly available at https://www.cms.gov/Regulations-and-Guidance/Guidance/Manuals/Downloads/mc86c04.pdf.

I declare under penalty of perjury that the foregoing statements made by me are true and correct.

Executed on August 25, 2025
New York, New York

Respectfully submitted,

*/s/ Emma S. Stein*
Emma S. Stein
51 West 52nd Street
New York, New York  10019
(212) 403-1106
ESStein@wlrk.com

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that on August 25, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will give notice of such filing to all counsel of record.

*/s/ Emma S. Stein*
Emma S. Stein
