Via ECF October 13, 2026

Hon. Margaret M. Garnett, U.S.D.J.
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 906
New York, New York 10007

Re: *Nixon* v. *CVS Health Corporation et al.*, 24-CV-05303-MMG

Dear Judge Garnett:

Plaintiffs and Defendants write to propose interim deadlines for fact discovery pursuant to the Court's instruction during the October 6, 2026 hearing. *See* ECF No. 76. The Parties have conferred and agreed to comply with the instructions set forth in Section 7 of the Court's Model Civil Case Management Plan and Scheduling Order (the "Model CMP") and will treat the dates and deadlines set forth below as if they had been entered in the applicable fields in Sections 6 and 7 of the Model CMP.

The Parties jointly propose the following interim deadlines for fact discovery:

| **Event** | **Proposed Deadline** |
|---|---|
| Initial disclosures | Tuesday, October 20, 2026 |
| Parties meet and confer as to joint discovery plan | Tuesday, October 20, 2026 |
| Protective order filed | Tuesday, October 27, 2026 |
| ESI protocol filed | Thursday, November 5, 2026 |
| Rule 33 and Rule 33(a) interrogatories | Thursday, November 5, 2026 |
| Substantial completion of document production | Thursday, February 4, 2027 |
| Any motion to amend pleadings / join additional parties[1] | Thursday, February 18, 2027 |
| Full completion of document production | Thursday, March 4, 2027 |
| Settlement discussion meeting (at least one hour) | Thursday, April 1, 2027 |
| Requests for admission | Tuesday, May 4, 2027 |
| Contention interrogatories (Rule 33.3(c)) | Tuesday, May 4, 2027 |
| Close of all fact discovery | Friday, June 4, 2027 |

[1] Defendants agree not to oppose any motion to amend pleadings/join additional parties filed by February 18, 2027 on timeliness grounds. The Parties reserve all rights otherwise.

The Parties respectfully request that the Court enter the above deadlines. The Parties are available to discuss at the Court's convenience and thank the Court for its attention to this matter.

Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*/s/ Katherine M. Sinderson*
Salvatore Graziano
Katherine M. Sinderson
Jonathan G. D'Errico
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444
salvatore@blbglaw.com
katiem@blbglaw.com
jonathan.derrico@blbglaw.com

**BLEICHMAR FONTI & AULD LLP**

*/s/ Joseph A. Fonti*
Joseph A. Fonti
Erin H. Woods
David Leopard
300 Park Avenue, Suite 1301
New York, New York 10022
(212) 789-1341
jfonti@bfalaw.com
ewoods@bfalaw.com
dleopard@bfalaw.com

Evan A. Kubota
George N. Bauer
75 Virginia Road
White Plains, New York 10603
ekubota@bfalaw.com
gbauer@bfalaw.com

*Lead Counsel for the Class and for Plaintiffs*

**WACHTELL, LIPTON, ROSEN & KATZ**

*/s/ David B. Anders*
David B. Anders
Graham W. Meli
Lauren M. Kofke
Emma S. Stein
51 West 52nd Street
New York, New York 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000
dbanders@wlrk.com
gwmeli@wlrk.com
lmkofke@wlrk.com
esstein@wlrk.com

*Counsel for Defendants*

All electronic signatures ("/s/") are signed with consent of counsel pursuant to Rule 8.5(b) of this Court's Electronic Case Filing Rules and Instructions updated as of February 2, 2026.

**SO ORDERED.**

Date: ______________________________ ______________________________________

New York, New York

MARGARET M. GARNETT
United States District Judge